

# Exhibit A



Exhibit B

# United States of America

## United States Patent and Trademark Office

# The Beauties and The Brands

**Reg. No. 6,618,721**

**Registered Jan. 18, 2022**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Beauties and the Brands, LLC  (FLORIDA LIMITED LIABILITY COMPANY)
13546 Wild Ginger St
Riverview, FLORIDA 33579

CLASS 41: Arranging and conducting of educational conferences in the field of building a brand; Conducting workshops and seminars in personal awareness; Conducting workshops and seminars in self awareness; Conducting educational exhibitions in the nature of workshops, webinars, and seminars in the field of building a brand; Educational services, namely, conducting seminars, lectures, teleseminars, teleclasses, and workshops in personal awareness; Special event planning for social entertainment purposes

FIRST USE 1-1-2019; IN COMMERCE 1-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-492,572, FILED 01-27-2021



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



<span style="color:red">Exhibit C</span>

Shaunette Stokes <shaunette@stokeslegalcounsel.com>

---

## Serial Number 90492572: Received Your Trademark/Service Mark Application, Principal Register

1 message

---

**TEAS@uspto.gov** <TEAS@uspto.gov>
To: shaunette@stokeslegalcounsel.com, info@stokeslegalcounsel.com

Wed, Jan 27, 2021 at 5:33 PM

**Filing Receipt for Trademark/Service Mark Application for Registration
on the Principal Register
and Next Steps in the Application Process**

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** The Beauties and The Brands (Standard Characters, mark.jpg)
The literal element of the mark consists of The Beauties and The Brands. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '90492572'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. In approximately three months, your application will be assigned to a USPTO examining attorney for review. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**The information submitted in the application appears below:**

PTO- 1478

Approved for use through 02/28/2021. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register
**TEAS Plus Application**
*NOTE: Data fields with the* * *are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *****MARK** | mark.jpg |
| *****STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | The Beauties and The Brands |
| *****MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Beauties and the Brands, LLC |
| *****MAILING ADDRESS** | 13546 Wild Ginger St |
| *****CITY** | Riverview |
| *****STATE** <br> **(Required for U.S. applicants)** | Florida |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** <br> **(Required for U.S. and certain international addresses)** | 33579 |
| **PHONE** | 813-369-3184 |
| *****EMAIL ADDRESS** | terikahaynes@yahoo.com |
| **LEGAL ENTITY INFORMATION** | |
| *****TYPE** | LIMITED LIABILITY COMPANY |
| ***** STATE/COUNTRY/REGION/ JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *****INTERNATIONAL CLASS** | 041 |
| *****IDENTIFICATION** | Arranging and conducting of educational conferences in the field of **building a brand**; Conducting workshops and seminars in personal awareness; Conducting workshops and seminars in self awareness; Conducting educational exhibitions in the nature of **building a brand**; Educational services, namely, conducting seminars, lectures, teleseminars, teleclasses, and workshops in |

| Input Field | Entered |
|---|---|
| | personal awareness; Special event planning for social entertainment purposes |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/2019 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/2019 |
| **SPECIMEN FILE NAME(S)** | SPE0-472033813-2021012511 3905934710_._beauties_an d _the_brand.pdf |
| | SPE0-472033813-2021012511 3905934710_._81257503_17 5 561327172895_472886034982 |
| | SPE0-472033813-2021012511 3905934710_._81479608_17 7 826730279688_817869544195 |
| | SPE0-472033813-2021012511 3905934710_._81544266_17 8 242806904747_259393230857 |
| | SPE0-472033813-2021012511 3905934710_._81976743_17 9 059016823126_106846814532 |
| **SPECIMEN DESCRIPTION** | Attached you will find a website screen capture of the Eventbrite page for the 2020 event that took place. Also, you will find the flyers that went out for the same event for the expert panelists. |
| **WEBPAGE URL** | [https://www.eventbrite.com/e/the-beauties-and-the-brands-2020-vision-board-brunch-party-tickets-83111748477#](https://www.eventbrite.com/e/the-beauties-and-the-brands-2020-vision-board-brunch-party-tickets-83111748477#) |
| **WEBPAGE DATE OF ACCESS** | 01/25/2021 |

**ADDITIONAL STATEMENTS INFORMATION**

**\*TRANSLATION**
(if applicable)

**\*TRANSLITERATION**
(if applicable)

**\*CLAIMED PRIOR REGISTRATION**
(if applicable)

**\*CONSENT (NAME/LIKENESS)**
(if applicable)

**\*CONCURRENT USE CLAIM**
(if applicable)

**ATTORNEY INFORMATION**

| | |
|---|---|
| **NAME** | Shaunette Lavette Stokes |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 109278 |
| **YEAR OF ADMISSION** | 2014 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | Florida |
| **FIRM NAME** | Stokes Law Group, PLLC |
| **STREET** | 10150 Highland Manor Drive, 200 |
| **CITY** | Tampa |
| **STATE** | Florida |

| Input Field | Entered |
|---|---|
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 33610 |
| **PHONE** | 813-444-4156 |
| **FAX** | 813-702-1076 |
| **EMAIL ADDRESS** | shaunette@stokeslegalcounsel.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Shaunette Lavette Stokes |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | shaunette@stokeslegalcounsel.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | info@stokeslegalcounsel.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| **\*TOTAL FEES DUE** | 250 |
| **\*TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /shaunette stokes/ |
| **\* SIGNATORY'S NAME** | Stokes, Shaunette |
| **\* SIGNATORY'S POSITION** | Attorney of Record, Florida Bar Member |
| **SIGNATORY'S PHONE NUMBER** | 813-444-4156 |
| **\* DATE SIGNED** | 01/27/2021 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478

Approved for use through 02/28/2021. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90492572**
**Filing Date: 01/27/2021**

## To the Commissioner for Trademarks:

The applicant, Beauties and the Brands, LLC, a limited liability company legally organized under the laws of Florida, having an address of
13546 Wild Ginger St
Riverview, Florida 33579
United States
813-369-3184(phone)
terikahaynes@yahoo.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 041: Arranging and conducting of educational conferences in the field of building a brand; Conducting workshops and seminars in personal awareness; Conducting workshops and seminars in self awareness; Conducting educational exhibitions in the nature of building a brand; Educational services, namely, conducting seminars, lectures, teleseminars, teleclasses, and workshops in personal awareness; Special event planning for social entertainment purposes

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/01/2019, and first used in commerce at least as early as 01/01/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Attached you will find a website screen capture of the Eventbrite page for the 2020 event that took place. Also, you will find the flyers that went out for the same event for the expert panelists..
Specimen-1 [SPE0-472033813-2021012511 3905934710_._beauties_and _the_brand.pdf ]
Specimen-2 [SPE0-472033813-2021012511 3905934710_._81257503_175 561327172895_472886034982 9218304_o__1_.jpg ]
Specimen-3 [SPE0-472033813-2021012511 3905934710_._81479608_177 826730279688_817869544195 7781504_o.jpg ]
Specimen-4 [SPE0-472033813-2021012511 3905934710_._81544266_178 242806904747_259393230857 4633984_o.jpg ]
Specimen-5 [SPE0-472033813-2021012511 3905934710_._81976743_179 059016823126_106846814532 6391296_o.jpg ]

Webpage URL: https://www.eventbrite.com/e/the-beauties-and-the-brands-2020-vision-board-brunch-party-tickets-83111748477#
Webpage Date of Access: 01/25/2021

The owner's/holder's proposed attorney information: Shaunette Lavette Stokes. Shaunette Lavette Stokes of Stokes

Law Group, PLLC, is a member of the Florida bar, admitted to the bar in 2014, bar membership no. 109278, is located at

[10150 Highland Manor Drive](), 200
Tampa, Florida 33610
United States
813-444-4156(phone)
813-702-1076(fax)
[shaunette@stokeslegalcounsel.com]()

Shaunette Lavette Stokes submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory. The applicant's current Correspondence Information:

Shaunette Lavette Stokes
PRIMARY EMAIL FOR CORRESPONDENCE: [shaunette@stokeslegalcounsel.com]()
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): [info@stokeslegalcounsel.com]()

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /shaunette stokes/    Date: 01/27/2021
Signatory's Name: Stokes, Shaunette
Signatory's Position: Attorney of Record, Florida Bar Member

Signatory's Phone Number: 813-444-4156
Signature method: Signed directly within the form

---

Thank you,

The TEAS support team
Wed Jan 27 17:33:01 ET 2021
STAMP: USPTO/FTK-47.203.38.13-20210127173300958414-90492572-760ef2173ce3aa50e4edee1aae07b5
489ce088b8cdd2f3d6ea2538314506cfb-ET-33007494-20210127171740703972

# Exhibit D

 **Aicha Ayana**
March 4 · 🌐

I have TWO classes coming up. One is for mentorship, the other is a masterclass! Register with these links:
https://TheBlushBar.as.me/MENTOR
https://TheBlushBar.as.me/BRAND





❤️👍 Ashley Ward-Singleton and 39 others                    12 shares

👍 Like          💬 Comment          ↪ Share

 Write a comment...      



**Exhibit E**

# BEAUTY &
# THE BRAND

## THE MARKETING & BRANDING
## MASTERCLASS



**26TH**
**MARCH**
12PM

**INSTRUCTOR**
**AICHA AYANA**

**GET STARTED**

 **$199 CLASS REGISTRATION**

 **www.theblushbar.as.me**



Exhibit F



Exhibit G

**Aicha Ayana**
31m · 🌐

**Y'all asked. Here you go. Building a million dollar business takes work, but it isn't hard at all. Beauty businesses please, join us March 7th. www.theblushbar.as.me** 💫



❤️👍 27                    1 Comment   11 Shares

 Like       Comment       Share

 **Angelica Aw Williams**
**Comeeeee on sis!!!! Go off....**
**respectively!!!! Yesss**

# Exhibit H







| Choose Appointment | Your Info | Confirmation |
|---|---|---|

Returning? Log in

We have been blessed to have such a strong client base! Because of the volume of clients we see, and our need to be as efficient as possible in serving, **please note the following in its entirety:**

You **MUST** cancel or reschedule within 24 hours of your appointment time or your deposit will be forfeited. No exceptions. Also, if you are more than 15 minutes late for your scheduled service, your appointment will be cancelled with no deposit refund, transfer, or credit. If you paid in full, the remaining balance minus the forfeited deposit will be listed as a credit on your account. We love you guys, but calling explaining you'll be more than 15 minutes late does not exempt you from the policy. Because we schedule by appointment only, that means the client after you would have to wait, and that's not fair to them.

Please note staff **CAN NOT** change, reschedule, or cancel your appointment. You must select those options on your own via your original appointment email link before 24 hours of your scheduled appointment time. If you are needing to change appointment locations, please note this policy also applies and you must cancel, then reschedule in the alotted time frame above.

If you need help deciding which facial service to get, please click the following link:
https://www.blushbeautycollection.com/facial-types Staff cannot give virtual consults or recommend services over the phone without having seen you. We are able to tweak your services for skincare at your appointment if your therapist recommends.

Please note Blush is a skincare treatment center. We differ from most facial spas being we don't do a quick facial service for 15 minutes then rub your hands and shoulders for the rest of the time. If you've came to us for a facial service, we will devote your entire appointment time to providing care for your face.

**We have three locations to conveniently serve you.**

**Our Hillsborough County Treatment Center is located at: 9250 Bay Plaza Blvd. Tampa, FL 33619 (We're located directly off of Adamo behind the Clarion Hotel which has a "Ferman" sign to turn)**

**Our Pinellas County Center is located at: 5800 49th Street North Suite 203 St. Petersburg, FL 33709 (We're located directly in the front of Northside Hospital in the Northside Professional Complex's 2nd Floor)**

**Our Polk County Center is located at 1137 Bartow Road Lakeland, FL 33801 Suite B (We're located downstairs in the Four Gables Plaza)**

Need to talk to a provider? Call us at (813)540-1852. Please note we may not answer if we're with a client OR if it's a non business day. Please leave a message. Please also note the above number does have text message capabilities. You are also able to email us at info@blushbeautycollection.com

We're open Thursday - Saturday and can serve you during those times.

**COVID precautions:** Please do NOT come to your appointment if you're having flu like symptoms. You still MUST follow the reschedule/cancel policy above. If you're unable to, we will honor your appointment reschedule if you were tested 72 hours before or after your missed appointment with documentation. If you were diagnosed with COVID, you will need to provide your COVID negative results before you return to the spa.

**30 Day Mentor Package (Non-Refundable NO EXCEPTIONS)**
2 hours @ $999.00

Class starts March 20th! This four session / once a week / 30 minute call mentorship package directly working with Aicha helps clarify your professional goals and improve results by combining coaching, advising, networking and facilitating over 30 days. EVERYTHING IS VIRTUAL. Select this class to see a full description that follows.

Quantity:  [ 1 ]

| March 2023 | › | | | | | | Monday, March 20 |
|---|---|---|---|---|---|---|---|

TIME ZONE: EASTERN TIME (GMT-05:00)

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | **20** | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |

9:00 AM





Exhibit J

| Choose Appointment | Your Info | Confirmation |

Returning? Log in

We have been blessed to have such a strong client base! Because of the volume of clients we see, and our need to be as efficient as possible in serving, **please note the following in its entirety:**

You **MUST** cancel or reschedule within 24 hours of your appointment time or your deposit will be forfeited. No exceptions. Also, if you are more than 15 minutes late for your scheduled service, your appointment will be cancelled with no deposit refund, transfer, or credit. If you paid in full, the remaining balance minus the forfeited deposit will be listed as a credit on your account. We love you guys, but calling explaining you'll be more than 15 minutes late does not exempt you from the policy. Because we schedule by appointment only, that means the client after you would have to wait, and that's not fair to them.

Please note staff **CAN NOT** change, reschedule, or cancel your appointment. You must select those options on your own via your original appointment email link before 24 hours of your scheduled appointment time. If you are needing to change appointment locations, please note this policy also applies and you must cancel, then reschedule in the alotted time frame above.

If you need help deciding which facial service to get, please click the following link:
https://www.blushbeautycollection.com/facial-types Staff cannot give virtual consults or recommend services over the phone without having seen you. We are able to tweak your services for skincare at your appointment if your therapist recommends.

Please note Blush is a skincare treatment center. We differ from most facial spas being we don't do a quick facial service for 15 minutes then rub your hands and shoulders for the rest of the time. If you've came to us for a facial service, we will devote your entire appointment time to providing care for your face.

**We have three locations to conveniently serve you.**

**Our Hillsborough County Treatment Center is located at: 9250 Bay Plaza Blvd. Tampa, FL 33619 (We're located directly off of Adamo behind the Clarion Hotel which has a "Ferman" sign to turn)**

**Our Pinellas County Center is located at: 5800 49th Street North Suite 203 St. Petersburg, FL 33709 (We're located directly in the front of Northside Hospital in the Northside Professional Complex's 2nd Floor)**

**Our Polk County Center is located at 1137 Bartow Road Lakeland, FL 33801 Suite B (We're located downstairs in the Four Gables Plaza)**

Need to talk to a provider? Call us at (813)540-1852. Please note we may not answer if we're with a client OR if it's a non business day. Please leave a message. Please also note the above number does have text message capabilities. You are also able to email us at info@blushbeautycollection.com

We're open Thursday - Saturday and can serve you during those times.

**COVID precautions:** Please do NOT come to your appointment if you're having flu like symptoms. You still MUST follow the reschedule/cancel policy above. If you're unable to, we will honor your appointment reschedule if you were tested 72 hours before or after your missed appointment with documentation. If you were diagnosed with COVID, you will need to provide your COVID negative results before you return to the spa.

Redeem Coupon, Package, or Gift Certificate



**Classic Facial**
30 minutes @ $55.00

Book

Indulge in our signature pampering experience. Our classic facial is completely customized for you and combines double cleanse, steam, exfoliation, customized enzyme mask, and the proper serums to give you the glow or the results your skin is looking for.



**Deluxe Facial**
45 minutes @ $65.00

Book

Indulge in our signature pampering experience that our classic facial offers. It includes double cleanse, steam, exfoliation, high-frequency treatment, face massage, premium customized facial mask (depending on any concerns or goals you want to achieve for your skin). This face mask is the "fruit/veggie/flower" peel masks you see in all our videos (each mask is to target your specific skincare concern). Treatment is then completed with the proper serums to give you the results your skin needs.



**Men's Deluxe Facial + Beard Wash**
50 minutes @ $80.00

Book

All the benefits of our Deluxe Facial with beard pamper included. Our specialized beard wash washes away dirt and oil without being rough on the skin while creating a healthy beard ph balance.



**Teen Facial (ages 15 and under)**
30 minutes @ $45.00

Our classic facial but for teens UNDER 15

Book



**Brightening Facial**
50 minutes @ $82.00

Accelerate brightening, improve skin tone, enhance skin clarity and create a fresher, healthier appearance with this custom facial experience. Specially formulated with alpha-hydroxy, bearberry, and licorice, this facial promises to target age spots, sun spots, and uneven skin tone, providing a new fresh face and undeniable glow.

Book



**Acne Facial**
50 minutes @ $82.00

This facial is for clients that have acne concerns and or need a lot of extractions. Dead Sea Clays, Sulfer, and Activated Charcoal are used in this unique facial that helps detoxify the skin. Your treatment will also be completed with our intense LED light therapy to target acne and kill it beneath the surface of the skin. Your service then completes with our signature high-frequency treatment.

Book



**Detox Facial**
50 minutes @ $82.00

Blackheads, whiteheads, and a bunch of other gunk! This facial helps stimulate a healthier environment for the skin by removing impurities, pollutants, and dead skin cells to revitalize the skin and support its health. The key ingredients that make this facial amazing include mineral-rich clay, activated charcoal, and botanical lipids that help remove excess oil from the face leaving it refined and revitalized.

Book



**Deep Hydration Facial**
50 minutes @ $82.00

Dry skin? Your solution is here! Packed with water-rich properties, our hydrating facial does an excellent job of restoring a healthy balance to your skin. Loaded with oatmeal and aloe, your skin is left glowing and full of moisture. Those experiencing dehydration, dryness, and irritation will benefit most from a hydrating facial, although it is suitable for anyone looking to get that radiant and supple look

Book



**Anti-Aging Facial**
50 minutes @ $82.00

Formulated to combat wrinkles, our special formula is powered with Retinol to target fine lines and improve elasticity. Our Alpha-hydroxy blend includes both Vitamins A and C, green tea extracts, and cucumber to give your skin the ultimate aging skin reversal. Finished with LED light treatment this facial provides complete age reversal.

Book



**Deluxe Facial + Microdermabrasion**
1 hour @ $90.00

Microdermabrasion is a procedure that removes dead and dry skin cells to accelerate cell turnover and give you "new skin". It is a non-chemical, non-invasive procedure. The

Book



procedure removes dull skin, softens fine lines, smoothes out skin texture and diminishes, makes skin tone even, stimulates cell turnover and the creation of collagen.



**Deluxe Facial + Dermaplaning (skin scrapping)**
1 hour @ $100.00

Book

This service combines our Deluxe Facial with Dermaplaning (the scraping of the face with scalpel) Dermaplaning is a procedure that removes the top layers of your skin. The procedure provides deep exfoliation to remove dead skin cells helping your face achieve a new healthy and smoother tone.



**Neck Treatment**
45 minutes @ $89.00

Book

Our Neck Treatment specifically treats areas under the chin and neck that have been affected by ingrown hair, razor bumps, shaving, and/or discoloration. We remove the upper layers of damaged skin then use a vitamin based solution to encourage skin cell regeneration. Combined with powerful antioxidants, correcting peptides & plant-derived stem cells this procedure aggressively treats and heals the skin and restores it's natural state.



**Hydrafacial**
50 minutes @ $125.00

Book

A Hydrafacial is like combing 6 facials into one! It starts with a lymphatic drainage treatment, or detox to the face. Next, the machine cleanses and exfoliates which rids of dead skin cells. After exfoliation, the next step is to brighten the appearance of the skin which includes the application of gentle peel to loosen debris in blocked pores. Your face is then cleansed again, treated with antioxidants, and LED light. Great for treating oily, acne-prone skin, white/blackheads and light hyperpigmentation.



**Oxygen Facial**
55 minutes @ $99.00

Book

This treatment is designed to nourish, heal, and promote collagen turnover of the face. Oxygen is infused with vitamins, minerals, essential nutrients, and botanical extracts to help calm acne, reduce fine lines, hydrate skin, and even skin tone. Impurities from the epidermis (top layer of the skin) are removed, boosting oxygen content. It also removes the dead cells from the top layer, opens up clogged pores, and brings out your skins natural radiant glow. This service offers an "all-in-one" ski



**Microneedling**
45 minutes @ $125.00

Book

Microneedling is specifically used at our spa for the treatment of hyperpigmentation. It is also used in our spa for the treatment of fine lines, and aging skin. Our skincare therapist uses a wand that contains very fine needles to pass over the face triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure.



**Microneedling + Express Facial**
50 minutes @ $150.00

Book

This service combines an express facial + microneedling service. (For those who haven't had a facial recently or have facial congestion but also want a microneedling treatment)



**Microneedling Deluxe Bundle**
1 hour @ $180.00

Book

This service combines an express facial, dermaplane, and microneedling service. The



combination of these three amazing services is used when the skin is dull, has an accumulation of dead skin cells, congestion (black heads + white heads) and hasn't been treated professionally in a while (or ever).



**Post Microneedling Skin Renewal Treatment**
45 minutes @ $115.00

Book

Finished all of your microneedling sessions? The perfect follow-up facial is our very simple yet effective Skin Renewal Facial. This service helps to balance the skins PH back to normal and also blends your skin tone for a more even appearance. Enriched with Vitamins E & C, licorice, and bearberry, it creates a healthy environment for future skin health. A take home kit is also included for continued at home care. DO NOT SCHEDULE IF YOU HAVE NOT RECEIVED MICRONEEDLING TREATMENTS.

**Chemical Peel**
50 minutes @ $125.00

Book

Our facility recommends chemical peels for cystic acne and problematic skin, although occasionally we utilize its usage for hyperpigmentation. Using a blend of salicylic acid, lactic acid, resorcinol & retinol combined with powerful antioxidants, correcting peptides & plant-derived stem cells, we aggressively treat and heal the skin. Read extensively online regarding before and aftercare instructions before selecting this option. (our website under "what type of facial do I need")



**Body/Scar/Stretch Mark/Hyperpigmentaion Treatment 3 x 3 small area**
30 minutes @ $89.00

Book

This particular service is used for small BODY scars and hyperpigmentation ONLY. Our skincare therapist uses a wand to pass over scar tissue triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure. (cannot be performed over raised scars)



**Body/ Scar/Stretch Mark/Hyperpigmentation Treatment 6 x 6 Medium area**
50 minutes @ $149.00

Book

This particular service is used for small BODY scars and hyperpigmentation ONLY. Our skincare therapist uses a wand to pass over scar tissue triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure. (cannot be performed over raised scars)



**Body/ Scar/ Stretch Mark/ Hyperpigmentation Treatment 12 x 12 Large area**
1 hour @ $199.00

Book

This particular service is used for small BODY scars and hyperpigmentation ONLY. Our skincare therapist uses a wand to pass over scar tissue triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure. (cannot be performed over raised scars)

**Hidradenitis suppurativa (HS skin treatment)**
45 minutes @ $79.00

Book

This unique procedure offers a deep detoxification of the follicles to reduce the bodies inflammatory response in clients who have HS. Our process helps impede the severity of flare ups and the number of re-occurrences.



**Vajacial (Vag Facial)**
30 minutes @ $52.00

Book

The Vagi-Facial is the perfect addition to your waxing routine. We use a 7 step process to get your vag free of in-grown hairs, impurities, bacteria, and bumps. PLEASE NOTE THIS DOES NOT INCLUDE WAXING. THAT SERVICE MUST BE PURCHASED SEPARATELY.



**Brazilian Wax**
20 minutes @ $52.00

Book

Full Brazilian Wax. Our facility uses hard wax specifically made for sensitive skin. Please make sure you exfoliate for 3 days prior to your appointment and come freshly showered. Waxing requires you to have hair of at least 1/2" length (about 21 days worth of growth) to have full effect. DO NOT SHAVE before your appointment. Tylenol/Motrin before your appointment will help with discomfort.



**Brazilian Wax + Vajacial**
45 minutes @ $72.00

Book

We use a 7 step process that leaves your vag free of in-grown hairs, impurities, bacteria, & bumps. This package includes a Wax. We use hard wax specifically made for sensitive skin. Please make sure you exfoliate for 3 days prior to your appointment and come freshly showered. Waxing requires you to have hair of at least 1/2" length (about 21 days worth of growth) to have full effect. DO NOT SHAVE before your appointment. Tylenol/Motrin before your appointment will help with discomfor



**Brazilian Dark Spot Treatment**
40 minutes @ $89.00

Book

This procedure treats hyperpigmentation or "dark marks" along the top of vagina and bikini areas. This service is most common for those with ingrown hair scarring and other dark spots that appear in the intimate regions. YOU CANNOT WAX OR SHAVE FOR 3 DAYS BEFORE THIS PROCEDURE. Make sure you're freshly showered before the appointment and wear loose-fitting underwear. Please refrain from sex two days before and two days after treatment.



**Intimate Lightening (Vag + Anal)**
40 minutes @ $125.00

Book

This procedure treats surface discoloration, specifically "uneven skin tone" on the vagina and anal areas. YOU CANNOT WAX OR SHAVE FOR 3 DAYS BEFORE THIS PROCEDURE. Make sure you're freshly showered before the appointment and wear loose-fitting underwear. Please refrain from sex two days before and two days after treatment.




**Brozilian (Men's Brazilian Wax)**
30 minutes @ $55.00

Book

Waxing for your eggplant! What else can we say?! Waxing requires you to have hair of at least 1/2" length (about ten to fourteen day's worth of growth) to have full effect. DO NOT SHAVE before your appointment.

**Full Leg Wax**
45 minutes @ $79.00

Book

Full leg wax. Hair MUST be the length of a grain of rice. Do NOT shave for two weeks before your appointment.



**Yoni Steam (Brandon Location ONLY)**
45 minutes @ $50.00

Book

The ultimate women's cleansing experience! Our holistic provider will guide you as you experience our Yoni Steam Sauna that cleanses and heals. Our experience aims to restore you emotionally, mentally, physically, and spiritually. (Please do not schedule if you're pregnant or have an IUD)



**Yoni Steam for Two (Brandon Location ONLY)**
45 minutes @ $100.00

Book

The ultimate women's cleansing experience! Our holistic provider will guide you as you experience our Yoni Steam Sauna that cleanses and heals. Our experience aims to restore



you emotionally, mentally, physically, and spiritually. This package is for two ladies.
(Please do not schedule if you're pregnant or have an IUD)

**Yoni Steam for Four (Brandon Location ONLY)**
45 minutes @ $200.00

The ultimate women's cleansing experience! Our holistic provider will guide you as you experience our Yoni Steam Sauna that cleanses and heals. Our experience aims to restore you emotionally, mentally, physically, and spiritually. This package is for four ladies. (Please do not schedule if you're pregnant or have an IUD)

[Book]



**Armpit Facial**
30 minutes @ $60.00

Detox your underarms from toxins! Deodorant clogs your pores and causes bacteria that doesn't just wash away. Our unique process includes detox, exfoliation, and mask that not only purifies your pits, but it helps even out skin tone. (Waxing is not included in this service nor can be done 3 days before or 3 days after)

[Book]



**Rear-end Derriere- Facial**
30 minutes @ $75.00

Our facial for your bum has been designed for the woman that may need some TLC to her backside. It is perfect for those who have experienced "booty acne" or just want that extra backside glow. We use a special 5 step process to get your special area smooth, soft, plump, and dark spot free with as special bum massage included. (Please note the mask is an add-on service ONLY)

[Book]



**Back Facial**
40 minutes @ $99.00

Back facials are high in demand! So many of us cant reach our back to properly cleanse so dirt, bacteria, and acne form. That's where we come in! Our multi-step process exfoliates and removes impurities from beneath the skin's surface. Your back is left with a beautiful and restored glow.

[Book]



**Back + Derriere Facial**
45 minutes @ $125.00

This service combines both our Back and our Derriere Facial as a combo package (please note specialty mask is an add-on)

[Book]



**Thigh Facial**
40 minutes @ $75.00

Our facial for your upper thighs is AHHHMAZING!! Our thighs rub together everyday and everyday that friction leads to darker skin. Using natural products, we even skin tone with this special 7 step process. The results even after one treatment is amazing. It's important to wear loose-fitting shorts or pants to this appointment as you will leave with a heavier vitamin C serum on your skin. (If your thighs have moderate hyperpigmentation, please book a body treatment)

[Book]



**Momma Bear Belly Facial**
40 minutes @ $70.00

This treatment is for the belly of expectant mothers. It uses gentle exfoliation and a high concentration of barrier repair oils to maximize skin strength, moisturize and increase elasticity to prevent stretch marks, relieve dryness, discomfort, and itchiness. We also use distilled rose water, rose petals, and rose hip oil to create a custom moisture mask designed exclusively for your belly. Your belly is left hydrated, moisturized, and smooth.

[Book]

The natural way.



**Lip Plump (Follow - up Treatment)**
40 minutes @ $120.00

[ Book ]

This service is ONLY for those that have received a previous lip plump in our facility and would like to increase volume. Your last appointment has to be less than 6 months ago or you will need to re-start treatment.

---

**Private Party Booking/VIP Service (non-refundable)**
2 hours @ $99.00

[ Book ]

This is the fee to book a private party OR if you're wanting a private appointment on a day we're closed/after hours. Call BEFORE selecting this option. Does NOT go toward your service fees.

---

**One on One Training Deposit (non-refundable)**
2 hours @ $99.00

[ Book ]

This is the deposit for any of our one on one trainings. Call BEFORE securing your class date and training options. This CANNOT be refunded or transferred to another day. Visit us online for training details at https://www.blushbeautycollection.com/new-page-1

---

**$499 WAX + VAJACIAL CLASS (NON-REFUNDABLE DEPOSIT)**
3 hours @ $99.00

[ Book ]

---

**30 Day Mentor Package (Non-Refundable NO EXCEPTIONS)**
2 hours @ $999.00

[ Book ]

Class starts March 20th! This four session / once a week / 30 minute call mentorship package directly working with Aicha helps clarify your professional goals and improve results by combining coaching, advising, networking and facilitating over 30 days. EVERYTHING IS VIRTUAL. Select this class to see a full description that follows.

Gift Certificates

---

**Gift Certificate**
$82.00

[ Add to Cart ]

Need a great gift idea for a friend, family member, or special someone? We've got a perfect idea! A deluxe facial! Upon checkout, you will be given a generated code, shown on the webpage and emailed to you to print out or write in a card! This purchase can also be used as a specialty service for a customized facial up to $75. Pretty cool they can tweak the service for whatever facial they want! Our gift certificates are non-refundable and expire 6 months after purchase.