UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

THE BEAUTIES AND
THE BRANDS, LLC,

CASE NO. 8:23-cv-00821

Plaintiffs,

vs.

AICHA YODER and

THE BLUSH BAR TAMPA, LLC,

Defendants.

_____/

### DEFENDANTS' AMENDED UNOPPOSED MOTION TO SET ASIDE CLERK'S DEFAULTS

Defendants, AICHA YODER and THE BLUSH BAR TAMPA, LLC (collectively referred to as the "Defendants"), by and through their respective undersigned counsel, pursuant to and in accordance with Rule 55(c) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to set aside the Clerk's Defaults issued against Defendants on May 25, 2023 [Docs. #20 and #21], and in support thereof state the following:

1. On April 14, 2023, Plaintiff filed the Complaint against Defendants. [Doc. #2].

2. On May 11, 2023, the Court rendered the Order granting Defendants' Amended Motion to respond to the Complaint (the "Order") [Doc. #15].

3. Pursuant to the Order, Defendants had until Wednesday, May 24, 2023, to respond to the Complaint.

4. On May 17, 2023, the undersigned filed his Notice of Appearance as Co-Counsel and Notice of Designation of E-Mail Services Addresses (the "Notice of Appearance") [Doc. #16].

5. Due to an internal administrative oversight, Defendants' May 24, 2023 deadline to respond to the Complaint was not appropriately calendared by the undersigned. The policy which led to that internal administrative oversight has since been corrected.

6. On May 25, 2023, Plaintiff filed its Motion for Clerk's Default against Defendants. [Doc. #19].

7. On May 25, 2023, the Clerk entered defaults against Defendants (the "Defaults"). [Doc. #20 and Doc. #21].

8. On May 25, 2023, Defendant Yoder filed Defendant Aicha Yoder's Motion to Dismiss Plaintiff's Complaint or, Alternatively, Motion for a More Definite Statement, and Incorporated Memorandum of Law in Support of Defendant Aicha Yoder's Motion to Dismiss Plaintiff's Complaint or, Alternatively, Motion for a More Definite Statement (the "Yoder Motion to Dismiss") [Doc. #22].

9. On May 25, 2023, Defendant Blush Bar filed Defendant The Blush Bar Tampa, LLC's Motion to Dismiss Plaintiff's Complaint or, Alternatively, Motion for a More Definite Statement, and Incorporated Memorandum of Law in Support of Defendant The Blush Bar Tampa, LLC's Motion to Dismiss Plaintiff's Complaint or, Alternatively, Motion for a More Definite Statement (the "Blush Bar Motion to Dismiss") [Doc. #23].

10. On May 25, 2023, Defendants filed Defendants' Motion to Set Aside Clerk's Defaults and Incorporated Memorandum of Law in support of Defendants' Motion to Set Aside Clerk's Default (the "Motion to Set Aside Clerk's Default"). [Doc. #24].

11. On May 26, 2023, the Court rendered an order denying Defendants' Motion to Set Aside Clerk's Default for failing to comply with Local Rule 3.01(g). [Doc. #25].

12. The parties agree this Honorable Court should set aside the Clerk's Defaults entered against both Defendants [Doc. #20 and #21].

13. The parties agree the Yoder Motion to Dismiss and the Blush Bar Motion to Dismiss should be withdrawn, without prejudice to re-file.

14. The parties agree this Court should grant Defendants until June 30, 2023, to file a response to the Complaint.

WHEREFORE, Defendants, AICHA YODER and THE BLUSH BAR TAMPA, LLC, respectfully request this Honorable Court set aside the Clerk's Defaults issued against them, deem the Yoder Motion to Dismiss and the Blush Bar Motion to Dismiss withdrawn without prejudice to refile, grant Defendants until June 30, 2023, to file their response to the Complaint, and for such other and further relief as this Court deems just and appropriate under the circumstances.

Respectfully submitted June 5, 2023.

COLEMAN LITIGATION PA

***/s/ Joseph M. Coleman***
Joseph M. Coleman, Esq.
Florida Bar No. 119110
4851 Tamiami Trail N. Ste. 200
Naples, Florida 34103
jcoleman@colemanlit.com
admin@colemanlit.com
(239) 887-9325
*Co-Counsel for Defendants*

## **LOCAL RULE 3.01(g) CERTIFICATION**

I HEREBY CERTIFY that on May 30, 2023, the undersigned conferred with opposing counsel, and that Plaintiff consents to the relief requested within the above-referenced Motion.

                COLEMAN LITIGATION PA

                ***/s/ Joseph M. Coleman***
                Joseph M. Coleman, Esq.
                Florida Bar No. 119110
                4851 Tamiami Trail N. Ste. 200
                Naples, Florida 34103
                jcoleman@colemanlit.com
                admin@colemanlit.com
                (239) 887-9325
                *Co-Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2023, I electronically filed the attached document with the Clerk of Court using the Court's CM/ECF system, which will send a notification of electronic filing to all counsel of record.

        COLEMAN LITIGATION PA

***/s/ Joseph M. Coleman***
Joseph M. Coleman, Esq.
Florida Bar No. 119110
4851 Tamiami Trail N. Ste. 200
Naples, Florida 34103
jcoleman@colemanlit.com
admin@colemanlit.com
(239) 887-9325
*Co-Counsel for Defendants*