# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

THE BEAUTIES AND                                    CASE NO. 8:23-cv-00821
THE BRANDS, LLC,

Plaintiffs,

vs.

AICHA YODER and

THE BLUSH BAR TAMPA, LCC,

Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants, AICHA YODER and BLUSH BAR TAMPA, LCC, by and through their respective undersigned counsel, hereby file this Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint and move this Honorable Court for an extension of the response deadline until July 31, 2023, and in support thereof state as follows:

1.      On July 6, 2023 Plaintiffs filed their Amended Complaint.

2.      Defendants are diligently attempting to respond to Plaintiff's Amended Complaint. Defendants require additional time to respond.

3.    Defendants respectfully request an extension of time until Monday, July 31st, 2023, to respond to Plaintiff's Amended Complaint.

4.    Pursuant to the Federal Rules of Civil Procedure, a Trial Court is empowered to enlarge a party's period to respond. See Fed. R. Civ. P. 6.00(b).

5.    This Motion is not being filed for the purposes of delay and will not prejudice any party.

6.    Counsel for the Plaintiff, does not oppose this motion.

**WHEREFORE**, Defendants, AICHA YODER and BLUSH BAR TAMPA, LCC, hereby requests this Court grant an extension of time through July 31st, 2023, with which to respond to Plaintiff's Amended Complaint and any other relief this Court shall deem just and proper.

Respectfully submitted this 11th of July, 2023.

/s/ Shannon A. Ligon
SHANNON A. LIGON, ESQUIRE
Florida Bar No. 59191
Ligon Law Group, LLC
dba PrettySMART Law
PrettySMARTLaw@gmail.com
100 Biscayne Blvd. #1114
Miami, FL 33132
Tel. (888)-779-7426
**Counsel for Defendants**

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

The undersigned certifies that with respect to Defendant's Unopposed Amended Motion for Extension of Time to Respond to Plaintiff's Complaint; the undersigned has conferred with counsel for Plaintiff, SHAUNETTE STOKES, ESQUIRE, and she does consent to the relief sought in the Amended Motion.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the ECF Filing Portal which will send notice of electronic filing to all parties named on the Service List below or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

/s/ Shannon A. Ligon
SHANNON A. LIGON, ESQUIRE
Florida Bar No. 59191
Ligon Law Group, LLC
dba PrettySMART Law
PrettySMARTLaw@gmail.com
100 Biscayne Blvd. #1114
Miami, FL 33132
Tel. (888)-779-7426
**Counsel for Defendants**

## <u>SERVICE LIST</u>

**SHAUNETTE STOKES, ESQUIRE**
Florida Bar No. 109278.
shaunette@stokeslegalcounsel.com
Stokes Law Group, PLLC
10150 Highland Manor Drive, Suite 200
Tampa, Florida 33610-9712
P: (813) 444-4156
F: (813) 702-1976
**Attorney for Plaintiff**


**SHANNON A. LIGON, ESQUIRE**
Florida Bar #59191
Primary E-mail:
PrettySMARTLaw@gmail.com
Ligon Law Group, LLC dba
PrettySMART Law
100 Biscayne Boulevard, Suite 1114
Miami, FL 33132
Telephone: (888)-779-7426
**Counsel for Defendants**

**JOSEPH M. COLEMAN, ESQUIRE**
Florida Bar No. 119110
Primary E-mail:
jcoleman@colemanlit.com
COLEMAN LITIGATION PA
4851 Tamiami Trail N. Ste. 200
Naples, FL 34103
(239) 887-9325
**Counsel for Defendants**