UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:23-cv-00821

THE BEAUTIES AND THE BRANDS, LLC,,

Plaintiff,

v.

AICHA YODER, and
THE BLUSH BAR TAMPA, LLC,

Defendants.

_____/

## NOTICE OF APPEARANCE

Justin S. Maya, Esq., of COLE, SCOTT & KISSANE, P.A. hereby gives notice of his appearance on behalf of Defendants, AICHA YODER, AND THE BLUSH BAR TAMPA, LLC, and requests that copies of all motions, notices, and other pleadings hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*(SIGNATURE PAGE TO FOLLOW)*

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

CASE NO.: 8:23-cv-00821

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendants *AICHA YODER, and*
        *THE BLUSH BAR TAMPA, LLC*
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard, Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6752
        Facsimile (305) 373-2294
        Primary e-mail: justin.maya@csklegal.com

By:  s/ Justin S. Maya
      JUSTIN S. MAYA
      Florida Bar No.: 126087

0188.0472-00/-1