UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE BEAUTIES AND
THE BRANDS, LLC,

    Plaintiff,

v.       CASE NO. 8:23-cv-821-SDM-TGW

BLUSH BAR TAMPA, LLC
and AICHA YODER,

    Defendant.
_____/

**ORDER**

    The defendants move (Doc. 48) to substitute attorney Justin. S. Maya for the defendants' current attorney Joseph M. Coleman.  The motion violates Local Rule 2.02(c)(2) because the defendants—not the withdrawing lawyer—move to withdraw.  Because the motion violates Local Rule 2.02(c)(2), the motion is **DENIED WITHOUT PREJUDICE**.

    ORDERED in Tampa, Florida, on October 12, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE