UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:23-cv-00821

THE BEAUTIES AND THE BRANDS, LLC,

Plaintiff,

v.

AICHA YODER, and
THE BLUSH BAR TAMPA, LLC,

Defendants.

_____/

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO DISCOVERY**

Defendants, AICHA YODER and THE BLUSH BAR TAMPA, LLC (hereinafter "Defendants"), hereby files this Motion for Extension of Time to Respond to Plaintiff's First Request for Production, Plaintiff's First Set of Interrogatories, and Plaintiff's First Request for Admissions (hereinafter "Discovery Requests") and in support states as follows:

1. On July 6, 2023, Plaintiff filed its Amended Complaint [DE 32].

2. On September 19, 2023, Plaintiff served its first Discovery Requests on the Defendants, making the responses to the Discovery Requests due on October 19, 2023.

3. On October 11, 2023, the undersigned filed his Notice of Appearance on behalf of Defendants [DE 49].

4. The undersigned, being recently retained, requests additional time to confer with his clients on the responses and objections to the Discovery Requests coming due October 19, 2023.

CASE NO.: 8:23-cv-00821

5. This motion is not for the purpose of delay.

6. The granting of this motion will not prejudice the Plaintiff.

7. Accordingly, Defendants respectfully requests this Court to enter an Order granting a fourteen (14) day extension to respond to the Plaintiff's Discovery Requests.

WHEREFORE, Defendants, AICHA YODER and THE BLUSH BAR TAMPA, LLC, respectfully requests that this Honorable Court enter an Order granting a fourteen (14) day extension of time to respond to the Plaintiff's Discovery Request on or before November 2, 2023.

### LOCAL RULE 3.01(g) CERTIFICATE

The undersigned has conferred with counsel for Plaintiff by telephone and by e-mails on October 17, 2023. Plaintiff opposes the relief sought herein.

　　　　　　　　　　　　　　　　　　　　　/s/Justin Maya
　　　　　　　　　　　　　　　　　　　　　Justin S. Maya, Esq.

CASE NO.: 8:23-cv-00821

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of October, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        **COLE, SCOTT & KISSANE, P.A.**
        Counsel for *AICHA YODER,*
        *and THE BLUSH BAR TAMPA, LLC*
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard,
        Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6752
        Facsimile (305) 373-2294
        Primary e-mail: justin.maya@csklegal.com

By:   s/ Justin S. Maya
        JUSTIN S. MAYA
        Florida Bar No.: 126087

0188.0472-00/-1