UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE BEAUTIES AND
THE BRANDS, LLC,

    Plaintiff,

v.                                        Case No. 8:23-cv-821-SDM-TGW

BLUSH BAR TAMPA, LLC,
et al.,

    Defendants.
_____/

## O R D E R

THIS CAUSE came on for consideration upon the Motion for Extension of Time to Complete Discovery (Doc. 56).

In light of the Notice of Withdrawal (Doc. 57), the Clerk is directed to strike the Motion for Extension of Time to Complete Discovery (Doc. 56).

It is, upon consideration,

ORDERED:

That the Clerk of Court is **DIRECTED** to strike the Motion for Extension of Time to Complete Discovery (Doc. 56).

DONE and ORDERED at Tampa, Florida, this 13rd day of October, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE