UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:23-cv-00821

THE BEAUTIES AND THE BRANDS, LLC,

Plaintiff,

v.

AICHA YODER, and
THE BLUSH BAR TAMPA, LLC,

Defendants.

_____/

### DEFENDANTS' MOTION FOR EXTENSION
### OF TIME TO FILE DEFENDANTS' AMENDED COUNTERCLAIM

AICHA YODER and THE BLUSH BAR TAMPA, LLC (hereinafter "Defendants"), hereby file this Motion for an Extension of Time to File Defendants' Amended Counterclaim, pursuant to this Court's Order on Plaintiff's Motion to Dismiss [D.E. 61] and in support state as follows:

1.     Plaintiff filed its Motion to Dismiss Defendant's Counterclaim on August 22, 2023 [D.E. 42].

2.     This Court filed its Order on Plaintiff's Motion to Dismiss Defendant's Counterclaim on November 3, 2023, [D.E. 61], and made the deadline to file Defendants' Amended Counterclaim on November 17, 2023.

3.     The undersigned counsel is currently out of the country traveling for a pre-planned wedding; therefore, Defendants require additional time to adequately prepare and file Defendants' Amended Counterclaim.

4.     This motion is not for the purpose of delay.

5.     The granting of this motion will not prejudice Plaintiff.

6.     Accordingly, Defendants respectfully request this Court to enter an Order granting a five (5) day extension to file Defendants' Amended Counterclaim.

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33156 - (305) 350-5300 - (305) 373-2294 FAX

WHEREFORE, Defendants, AICHA YODER and THE BLUSH BAR TAMPA, LLC, respectfully request that this Honorable Court enter an Order granting a five (5) day extension of time to file Defendants' Amended Counterclaim, making the deadline November 22, 2023.

## CERTIFICATE

Counsel for the Defendants conferred with Counsel for the Plaintiff via email on November 15, 2023, and Counsel for the Plaintiff is opposed to the relief sought herein.

_/s/Justin Maya_
Justin S. Maya, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendants *AICHA YODER,*
*and THE BLUSH BAR TAMPA, LLC*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard,
Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6752
Facsimile (305) 373-2294
Primary e-mail: justin.maya@csklegal.com

By:   s/ Justin S. Maya
JUSTIN S. MAYA
Florida Bar No.:  126087

0188.0472-00/-1