UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE BEAUTIES AND
THE BRANDS, LLC,

    Plaintiff,

v.                                            Case No. 8:23-cv-821-SDM-TGW

BLUSH BAR TAMPA, LLC,
et al.,

    Defendants.
_____/

## ORDER

    THIS CAUSE came on for consideration upon the Motion for Extension of Time to Respond (Doc. 62).

    The defendants request a five-day extension to respond to the Plaintiff's Motion for Spoliation (Doc. 60) (id., p. 1). The plaintiff opposes the motion (id., p. 2). This request will be granted.

    It is, upon consideration,

    ORDERED:

    That the Motion for Extension of Time to Respond (Doc. 62) be, and the same is hereby, **GRANTED**. Thus, the defendants must respond to the Plaintiff's Motion for Spoliation (Doc. 60) by November 21, 2023.

DONE and ORDERED at Tampa, Florida, this 16th day of November, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE