# EXHIBIT 'B'

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE BEAUTIES AND THE
BRANDS, LLC,

    PLAINTIFF,

    V.

                        Case No: 8:23-cv-821

AICHA YODER;

AND

THE BLUSH BAR TAMPA, LLC.

DEFENDANT.

## AMENDED COMPLAINT
## DECLARATORY RELIEF REQUESTED
## PERMANENT INJUNCTIVE RELIEF REQUESTED

Plaintiff The Beauties and the Brands, LLC. ("Beauties and the

Brands") brings this complaint against Aicha Yoder ("Yoder") and The

Blush Bar Tampa, LLC ("The Blush Bar;" collectively with Yoder,

"Defendants") for (i) federal trademark infringement and false designation

of origin, and unfair competition in violation of the Lanham Act, 15 U.S.C.

§ 1051, et seq.; (ii) trademark infringement and unfair competition under

Florida common law; and (iii) a violation of the Florida Deceptive and Unfair Trade Practices Act, and Beauty and the Brands alleges as follows:

## PARTIES

1.      Beauties and the Brands is a Florida Limited Liability Corporation with its principal place of business at 13546 Wild Ginger St, Riverview, Florida, 33579.

2.      Beauties and the Brands is engaged in providing business advice, opportunities, and seminars to growing businesses in the community through organization and connection.

3.      The Beauties and the Brands, LLC was formed in January 2021.

4.      Terika Haynes is listed as the owner, manager, and authorized member of the company, as filed in January 2021.

5.      Beauties and the Brands does business using social media platforms under the handle <thebeautiesandthebrands>. An exemplary screen-capture of this social media handle is attached to this Complaint as Exhibit A.

6.      Defendant The Blush Bar Tampa, LLC ("Blush Bar Tampa") is a Florida limited liability company, with a principal place of business at 9250 BAY PLAZA BLVD, SUITE 311, TAMPA, FL 33619.

7.      Defendant, Aicha Yoder is listed as the registered agent of the company. Aicha Yoder is a person responsible in whole or in part for the wrongdoing alleged herein ("Yoder"). Yoder participated in, ratified, endorsed, and/or was otherwise involved in the acts complained of, and has liability for such acts. Beauties and the Brands will amend this Complaint if and when the identities of additional persons or entities and/or the scope of Yoder's actions become known.

8.      At all relevant times, Blush Bar Tampa and Yoder (collectively, "Defendants") acted as the principal, agent, and/or representatives of each of the other Defendants. Any action by one of the Defendants was within the course and scope of the agency relationship between the Defendants and was with the permission, ratification, and/or authorization of each of the other Defendants.

9.      Defendants conduct business throughout the United States, including Florida and within this District, using the BEAUTY AND THE BRAND mark. As fully detailed below, Defendants use the BEAUTY AND THE BRAND mark in a manner that violates Beauties and the Brands rights it's The Beauties and The Brands® registered trademarks (the "Beauties and the Brands Marks").

## JURISDICTION AND VENUE

10.     This is an action for monetary, injunctive, and declaratory relief arising under the trademark laws of the United States, including the Lanham Act, 15 U.S.C. § 1051 et seq. and Florida common law.

11.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1121(a) because this action arises under the laws of the United States, and under Chapter 22 of 15 U.S.C. The Court can exercise supplemental jurisdiction over the related state law claims under 28 U.S.C. § 1367(a).

12.     This Court has personal jurisdiction over Defendant Blush Bar Tampa because it is a Florida limited liability company with its headquarters and primary place of business in Florida.

13.     Under 28 U.S.C. § 1391(d), Defendant The Blush Bar has sufficient contacts in this District.

14.     Venue is proper in this District under 28 U.S.C. § 1391(b)(1) and (2) because, Defendant, Aicha Yoder resides in this District under 28 U.S.C. § 1391(c), and The Blush Bar Tampa, LLC conducts a substantial part of the events or omissions alleged in this complaint occurred in this District pursuant to 28 U.S.C. § 1391(d).

15.    Defendants' provide services in this District.

16.    Defendants target advertising in this District.

17.    Defendants target consumers in this District.

18.     Venue is proper in this Division under Local Rule 1.04(a) and (b) because the county with which this action is most directly connected is Hillsborough County.

### FACTS COMMON TO ALL CLAIMS FOR RELIEF

19.    BEAUTIES AND THE BRANDS is a successful brand.

20.    For over four years, BEAUTIES AND THE BRANDS have successfully put on several community workshops for entrepreneurs.

21.    BEAUTIES AND THE BRANDS have engaged in longstanding marketing efforts which have been conducted primarily under the BEAUTIES AND THE BRANDS Mark.

22.    BEAUTIES AND THE BRANDS have routinely featured notable speakers at their workshops.

23.    BEAUTIES AND THE BRANDS also conducts seminars, workshops, and other educational programs geared towards teaching others to successfully start and operate businesses, as shown here:



24.     Through careful cultivation of its various products and services, BEAUTIES AND THE BRANDS has developed an outstanding reputation as an innovator in the field of business start- ups and strategy and has established an extremely loyal customer following.

## BEAUTIES AND THE BRANDS AND ITS INTELLECTUAL PROPERTY RIGHTS

25.     Beauties and the Brands provides services to businesses and entrepreneurs to aid in their growth - providing seminars, workshops, networking opportunities, and business advice.

26.     Beauties and the Brands owns the trademark and service mark used by itself.

27.     Beauties and the Brands promotes and sells its services under the trademark "BEAUTIES AND THE BRANDS" service trademark.

28.     Beauties and the Brands is the owner of the trademark rights in and to the Mark.

29.     Beauties and the Brands has used the trademark for providing business support and services continuously, since at least as early as January 2019.

30.     Since adopting the Mark, Beauties and the Brands has spent significant sums to advertise and promote their goods and services using the Mark.

31.     Beauties and the Brands marketing and promotion efforts include social media and magazines.

32.     The Mark is widely recognized by consumers as being associated with the high-quality business support services and events offered by Beauties and the Brands.

33.     Beauties and the Brands has achieved significant commercial success in connection with their use of the Mark.

34.     Through Beauties and the Brands' efforts, the Mark has become recognized as designators as the source of services (including without

limitation business support and networking services) provided by
BEAUTIES AND THE BRANDS.

35.     Through long standing use of the Mark, BEAUTIES AND THE
BRANDS has acquired valuable common law trademark rights in the Mark
for a variety of services.

36.     In recognition of BEAUTIES AND THE BRANDS' exclusive
rights to use the Mark in commerce in the United States, the United States
Patent and Trademark Office has issued a federal trademark registration
that comprise or include "The Beauties and the Brands."

37.     The federal trademark registration owned by The Beauties and
the Brands, LLC include:

| Mark | Reg. No. | Registration Date | Good/Services | Date of First Use |
|---|---|---|---|---|
| The Beauties and the Brands | 6618721 | 1/18/2022 | IC 41: Arranging and conducting of educational conferences in the field of building a brand; Conducting workshops and seminars in personal awareness; Conducting workshops and seminars in self awareness; Conducting educational exhibitions in the nature of workshops, webinars, | 1/1/2019 |

| | | | and seminars in the field of building a brand; Educational services, namely, conducting seminars, lectures, teleseminars, teleclasses, and workshops in personal awareness; Special event planning for social entertainment purposes | |
|---|---|---|---|---|

A copy of the registration certificate for Registrations 6618721, are attached to this complaint as Exhibit B.

38.    The declaration required by 15 U.S.C. § 1065(3) for Registration No. 6618721 was filed with the United States Patent and Trademark Office on January 27, 2021, and accepted on January 27, 2022. Copies of the notices of acceptance and acknowledgement are attached to this complaint as Exhibit C.

39.    The Mark is inherently distinctive as designators of the source of educational workshops, seminars, and conferences provided by Beauties and the Brands.

**INFRINGEMENT BY DEFENDANTS**

40.     The Blush Bar Tampa, LLC ("Blush Bar Tampa") and Aicha Yoder (Yoder) has been providing and promoting educational workshops, seminars, and mentorship for entrepreneurs in Florida.

41.     On information and belief, the Defendants' have been doing business as "BEAUTY AND THE BRAND."

42.     On social media, the Defendants' use "BEAUTY AND THE BRAND" to promote their services and events on flyers and social media captions.  See e.g., Exhibits D–G.

43.     Aicha Yoder Posted a flyer with the title for the workshop and mentorship program called "BEAUTY AND THE BRAND" with the Blush Bar's appointment scheduler linked on the flyer and the flyer has "BEAUTY AND THE BRAND." See Exhibit I-J.

44.     The Defendants' promotional material is false and deceptive, at least because it belongs to Beauties and the Brands and is currently being used by BEAUTY AND THE BRAND in advertisements. See Exhibit D-G.

45.     On information and belief, the Defendants' have been providing and promoting business support services in the same geographic location of, or in close geographic proximity to, the BEAUTIES AND THE BRANDS community.

46.     On its social media promotions, the Defendants' use the registered mark of the BEAUTIES AND THE BRANDS that further emphasizes the BEAUTY AND THE BRANDS by presenting "BEAUTY AND THE BRAND" in large type in stylized form, further infringing Beauties and the Brands' federal, state, and common law rights in and to the Mark. See Following:

 

47.     The Defendants' offer similar educational workshops and seminar services to the entrepreneurs and residents of BEAUTIES AND THE BRANDS community.

48.     On information and belief, prospective customers and fellow entrepreneurs have been misled by The Blush Bar's social media

promotions with the belief that The Blush Bar's event is a BEAUTIES AND THE BRANDS event or affiliated with it.

49.     Defendants' are not affiliated with, sponsored by, or endorsed by BEAUTIES AND THE BRANDS.

50.     The Defendants' do not have a license or other consent to use the Mark.

51.     On information and belief, Defendants' are aware of BEAUTIES AND THE BRANDS community.

52.     On information and belief, Defendants were aware of BEAUTIES AND THE BRANDS' community prior to the use of the Mark.

53.     At least because the only difference between "BEAUTIES AND THE BRANDS" and "BEAUTY AND THE BRAND" is a mere removal of the pluralization of an internal term. The services offered by Defendants' in their "Beauty and the Brand" events are identical or closely related and in direct competition with the services provided by Plaintiff; the overlap of the customer base and channels of trade is substantial, if not complete; The Defendant uses the Mark in its advertising; and there is a likelihood of confusion between "BEAUTIES AND THE BRANDS" and "BEAUTY AND THE BRAND" in connection with workshops, seminars, and conferences.

54.    Because of the similarities between "BEAUTY AND THE BRAND" and the Mark, the services offered by the Beauties and the Brands and The Blush Bar, and the customers and channels of trade of each, and the Defendants' use of a Mark on its social media and advertisement belonging to and currently used by Beauties and the Brands, consumers are likely to be confused regarding the source of the goods  and services offered by Beauties and the Brands.

55.    Defendants' actions, as BEAUTY AND THE BRAND, is likely to cause  confusion, mistake, or deception as to the source of the BEAUTIES AND THE BRANDS' goods and services, and are likely to falsely suggest a sponsorship, connection, license, or  association between The Blush Bar and the Beauties and the Brands, and/or will  direct or have directed windfall profits to Defendant, as The Blush Bar, due  to the confusion caused by its use of trademark similar to the Mark.

## BAD FAITH USE OF A CONFUSINGLY SIMILAR NAME

56.    On information and belief, Defendants' owner(s) were aware of The Beauties and the Brands community and the Mark prior to selecting the name for promotion purposes.

57.     At least because Ms. Yoder serves as CEO of The Blush Bar Tampa, LLC., Plaintiff provided notice of Plaintiff's ownership of the Mark and of Plaintiff's concerns regarding Defendants' use of "BEAUTY AND THE BRAND."

58.     Defendant, Aicha Yoder, was approached by Plaintiff to speak at her initial "Beauties and The Brands" event on November 22, 2019. See Exhibit J-K.

59.     Defendant, Aicha Yoder, declined due to a scheduling conflict but offered to still purchase a raffle ticket.  See exhibit L.

60.     Defendant, Aicha Yoder, was also approached on December 23, 2019, May 5, 2020, and January 13, 2021 See exhibits M-N.

61.      On January 27, 2021, Defendants' began marketing their services for its educational workshops, seminars, and individual coaching services for entrepreneurs. See exhibit G.

62.     Defendants use "BEAUTY AND THE BRAND" to promote its educational workshops, seminars, and individual coaching services for entrepreneurs.

63.   "BEAUTY AND THE BRAND" merely replaces "-ies" with "y" to "Beauty." The change is not significant enough to give new meaning or association to the term "Beauties."

64.   On January 27, 2021, Beauties and the Brands attempted to make contact with Aicha Yoder via social media and Ms. Yoder was initially unresponsive. See Exhibit Q-S

65.   On January 28, 2021, Terika Haynes of Beauties and the Brands received a direct message from the Defendant, Aicha Yoder, stating that she had prior use of the mark for one single event in 2018. See Exhibit S

66.   Defendant, Aicha Yoder, provided a flyer that appeared to be digitally altered with the necessary details on the event missing such as, the date, time, contact information and registration information. See Exhibit T.

67.   Defendant, Aicha Yoder, used a photo from an event called "Level Up," and transposed the words "Beauty and The Brand" on the header of the alleged flyer. See Exhibit U for the original photo from Aicha Yoder's "Level Up" event.

68.   In the same message, Defendant Aicha Yoder stated that she would provide proof of her prior use but instead of providing this, she

blocked the Plaintiff from further communicating with her. See Exhibit I and Exhibit S.

69.    The parties legal counsel discussed Defendants' matter and despite being counseled on Plaintiff's common law trademark, the Defendants' refused to cancel the event or change the name of the event. Instead, they agreed to cease use of the mark after the March 7, 2021 event.

70.    "BEAUTY AND THE BRAND" is confusingly similar to the Mark.

## DEFENDANTS ACTED WILLFULLY AND INTENTIONALLY

71.    Despite Plaintiff's demand, Defendants' continued to use the Mark.

72.    On March 4th, 2023, the Defendants' began promoting their services again after a two year hiatus from promoting its March 2021 event.

73.    Defendants' selection and use of "BEAUTY AND THE BRAND," on its social media platforms, were, and continue to be intentional and willful.

74.    At least because Defendants' continued to use infringing marks and trade names, despite the Beauties and the Brands' objections, and intentionally marketed to residents of the Beauties and the Brands

community using infringing  mark and trade names, Defendants' acts
make this an exceptional case.

## DAMAGES CAUSED BY DEFENDANTS

75.    Defendants' conduct, as The Blush Bar, has caused and, unless
permanently enjoined, will continue to cause, irreparable injury to
BEAUTIES AND THE BRANDS in the form of lost goodwill, diminished
reputation, and loss of economic opportunity.

76.    The threatened continued injury to BEAUTIES AND THE
BRANDS outweighs whatever damage the proposed injunction may cause
the Defendants, because the Defendants' have no legitimate interest in the
continued use of trade name and mark confusingly similar to Beauties and
the Brands' mark.

77.    The public interest will be furthered by the granting of a
permanent injunction because trademark laws were designed to prevent
consumer confusion.

78.    Beauties and the Brands has retained the law firm of The Stokes
Law Group to enforce its rights in this matter, and it has agreed to pay said
firm a reasonable attorneys' fee for their services herein.

## COUNT I

## TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114(1)

79.    Beauties and the Brands repeats and realleges the allegations set forth in Paragraphs 1 through 78 above as if fully set forth herein.

80.    Beauties and the Brands is the senior user of the BEAUTIES AND THE BRANDS Mark as it began use of the mark in interstate commerce prior to Defendant's first use of the confusingly similar BEAUTY AND THE BRAND mark.

81.    On information and belief, Defendants' have reproduced, copied, or imitated the Beauties and the Brands' federally registered trademark the BEAUTIES AND THE BRANDS by selling, offering for sale, and advertising its goods services under "BEAUTY AND THE BRAND," adopting and using the trade name BEAUTY AND THE BRAND on its social media platforms.

82.    Defendants' do not have authorization, license, or permission from the BEAUTIES AND THE BRANDS to market and sell their products and services under the BEAUTY AND THE BRAND mark, which is confusingly similar to the BEAUTIES AND THE BRANDS Mark, and which is used by Defendants with products and services that are identical

and/or closely related to the particular products and services associated with the BEAUTIES AND THE BRANDS Mark.

83.    Defendants' were aware of the BEAUTIES AND THE BRANDS Mark, as Defendants' were on constructive notice based on Beauties and the Brands federal registration, as well as on actual notice based on BEAUTIES AND THE BRANDS numerous communications with Defendants about this matter. Yet, Defendants' continued to use their BEAUTY AND THE BRAND mark. Thus, Defendants' unauthorized use of the confusingly similar BEAUTY AND THE BRAND mark was and is knowing, intentional, and willful.

84.    On information and belief, Defendants' use of BEAUTY AND THE BRAND in connection with the sale and promotion of educational conferences, workshops, and BEAUTIES AND THE BRANDS services is likely to cause confusion, mistake, or deception of the public as to the origin, sponsorship, or approval of these services.

85.    On information and belief the Defendants' intentional and deliberate actions, constitute willful infringement of BEAUTIES AND THE BRANDS' federally registered trademark, particularly considering that

Defendants are aware of the likelihood of confusion and has refused to cease infringement upon demand.

86.     On information and belief, Defendants' intentional and deliberate actions, including continuing use of its mark despite its knowledge of BEAUTIES AND THE BRANDS' mark and its efforts to market directly to residents of Beauties and the Brands community using its infringing mark after being made aware of its infringements make this an exceptional case.

87.     On information and belief, by reason of Defendants' conduct as The Blush Bar, BEAUTIES AND THE BRANDS has been damaged.

88.     Defendants' actions therefore constitute trademark infringement.

89.     Unless an injunction is issued enjoining any continuing or future use of the confusingly similar BEAUTY AND THE BRAND mark by Defendants, such continuing or future use is likely to continue to cause confusion, mistake, or deception as to source, origin, affiliation, or sponsorship, and will thereby irreparably harm THE BEAUTIES AND THE BRANDS.

90.      Defendants' activities have caused and will continue to cause

irreparable harm to THE BEAUTIES AND THE BRANDS, for which it has

no adequate remedy at law, because: (i) the BEAUTIES AND THE

BRANDS Mark comprise unique and valuable property rights that have no

readily determinable market value; (ii) Defendants' infringement

constitutes interference with THE BEAUTIES AND THE BRANDS'

goodwill and customer relationships and is harming and will continue to

substantially harm THE BEAUTIES AND THE BRANDS's reputation as a

source of high-quality goods and services; and (iii) Defendants' wrongful

conduct, and the damages resulting to THE BEAUTIES AND THE

BRANDS, are continuing. Accordingly, THE BEAUTIES AND THE

BRANDS is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a).

91.     On information and belief, Defendants' conduct has enabled it

to earn profits to which it is not in law, equity, or good conscience entitled,

and which have unjustly enriched it, all to Defendant's profit and

BEAUTIES AND THE BRANDS' detriment.

92.     Pursuant to 15 U.S.C. §1117(a), THE BEAUTIES AND THE

BRANDS is entitled to an order: (i) requiring Defendants to account to

BEAUTIES AND THE BRANDS for any and all profits derived from their

infringing actions, to be increased in accordance with the applicable

provisions of law; and (ii) awarding all damages sustained by BEAUTIES AND THE BRANDS that were caused by Defendants' conduct.

93. Defendants' conduct was and is intentional and without foundation in law, and, pursuant to 15 U.S.C. § 1117(a), THE BEAUTIES AND THE BRANDS is therefore entitled to an award of treble damages against Defendant.

94. Defendants' acts make this an exceptional case under 15 U.S.C. § 1117(a); thus THE BEAUTIES AND THE BRANDS is entitled to an award of attorneys' fees and costs.

95. By reason of the irrevocable harm done to BEAUTIES AND THE BRANDS by the use of an infringing mark, BEAUTIES AND THE BRANDS is entitled to injunctive relief preventing further use of "BEAUTIES AND THE BRANDS" or "BEAUTY AND THE BRANDS" in any trademark, service mark, trade name, domain name, or social media account used by The Blush Bar.

96. BEAUTIES AND THE BRANDS is entitled to a declaration declaring that Defendants' use of that trademark and trade name infringes Beauties and the Brands' trademark rights.

## COUNT II

## FALSE DESIGNATION OF ORIGIN AND FALSE ADVERTISING 15 U.S.C. § 1125

97.     Beauties and the Brands repeats and realleges the allegations set forth in Paragraphs 1 through 78 above as if fully set forth herein.

98.     THE BEAUTIES AND THE BRANDS is the senior user of the BEAUTIES AND THE BRANDS Mark as it began use of the mark in interstate commerce prior to Defendant's first use of the confusingly similar BEAUTY AND THE BRAND mark.

99.     On information and belief, Defendants actions in adopting trademarks and trade names that are confusingly similar to the Mark is likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Beauties and the Brands' services and thus constitute false designation of origin in violation of 15 U.S.C. § 1125(a)(l)(A).

100.    Defendants' were aware of the BEAUTIES AND THE BRANDS Mark, because Defendants were on constructive notice based on THE BEAUTIES AND THE BRANDS's federal registrations, as well as on actual notice based on THE BEAUTIES AND THE BRANDS's numerous

communications with Defendants about this matter. Yet, Defendants continued to use their BEAUTY AND THE BRAND mark. Thus, Defendants' unauthorized use of the confusingly similar BEAUTY AND THE BRAND mark was and is knowing, intentional, and willful.

101.    On information and belief, Defendants' use of Beauty and the Brand in its advertising on its social media also constitutes false and misleading advertising by misrepresenting the nature, characteristics, and/or qualities of its services, in violation of 15 U.S.C. § 1125 (a)(l)(B) at least because the Defendants' are not associated with, or endorsed by, Beauties and the Brands.

102.    Through their use of the confusingly similar BEAUTY AND THE BRAND mark, Defendants' intended to, and did in fact, confuse and mislead consumers into believing, and misrepresented and created the false impression, that THE BEAUTIES AND THE BRANDS somehow authorized, originated, sponsored, approved, licensed, or participated in Defendants' use of the confusingly similar BEAUTY AND THE BRAND mark.

103.    In fact, there is no connection, association, or licensing relationship between THE BEAUTIES AND THE BRANDS and

Defendants, nor has THE BEAUTIES AND THE BRANDS ever authorized, licensed, or given permission to Defendant to use the confusingly similar BEAUTY AND THE BRAND mark in any manner.

104. Defendants' use of the confusingly similar BEAUTY AND THE BRAND mark will likely cause confusion as to the origin and authenticity of Defendant's website, and related goods and services, and will likely cause others to believe that there is a relationship between Defendant and BEAUTIES AND THE BRANDS when there is, in fact, not.

105. On information and belief, by reason of Defendant's false designation, and false and misleading advertising, BEAUTIES AND THE BRANDS has been damaged.

106. As a direct and proximate result of Defendants' wrongful conduct, THE BEAUTIES AND THE BRANDS have been and will continue to be damaged.

107. Defendants' actions thus constitute false designation of origin and unfair competition.

108. Defendants' activities have caused, and will continue to cause, irreparable harm to BEAUTIES AND THE BRANDS, for which it has no adequate remedy at law, in that: (i) the BEAUTIES AND THE BRANDS

Mark comprise unique and valuable property rights that have no readily determinable market value; (ii) Defendants' infringement constitutes interference with BEAUTIES AND THE BRANDS's goodwill and customer relationships and will substantially harm BEAUTIES AND THE BRANDS's reputation as a source of high-quality goods and services; and (iii) Defendants' wrongful conduct, and the damages resulting to BEAUTIES AND THE BRANDS, are continuing. Accordingly, BEAUTIES AND THE BRANDS is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a).

109. On information and belief, Defendants' false designation, and false and misleading advertising, as The Blush Bar, have enabled it to earn profits to which it is not in law, equity or good conscience entitled, and which have unjustly enriched it, all to Defendants' profit and Beauties and the Brands' detriment.

110. On information and belief, by reason of Defendants' willful actions as BEAUTY AND THE BRAND, the BEAUTIES AND THE BRANDS are entitled to enhanced damages as permitted under statute.

111. By reason of the exceptional nature of this case, BEAUTIES AND THE BRANDS is entitled to recover its reasonable attorneys' fees in this matter.

112.   On information and belief, by reason of the irrevocable harm done to BEAUTIES AND THE BRANDS as a result of Defendants' false designation, and false and misleading advertising as The Blush Bar, Beauties and the Brands is entitled to injunctive relief preventing further use of BEAUTIES AND THE BRANDS or BEAUTY AND THE BRANDS in advertising done by Defendants.

113.   Defendants' activities have caused, and will continue to cause, irreparable harm to THE BEAUTIES AND THE BRANDS, for which it has no adequate remedy at law, in that: (i) the BEAUTIES AND THE BRANDS Mark comprise unique and valuable property rights that have no readily determinable market value; (ii) Defendants' infringement constitutes interference with THE BEAUTIES AND THE BRANDS' goodwill and customer relationships and will substantially harm THE BEAUTIES AND THE BRANDS' reputation as a source of high-quality goods and services; and (iii) Defendants' wrongful conduct, and the damages resulting to THE BEAUTIES AND THE BRANDS, are continuing. Accordingly, THE BEAUTIES AND THE BRANDS is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a).

114.   Pursuant to 15 U.S.C. §1117(a), THE BEAUTIES AND THE BRANDS is entitled to an order: (i) requiring Defendants to account to THE BEAUTIES AND THE BRANDS for any and all profits derived from their actions, to be increased in accordance with the applicable provisions of law; and (ii) awarding all damages sustained by THE BEAUTIES AND THE BRANDS that were caused by Defendants' conduct.

115.   Defendants' conduct was and is intentional and without foundation in law, and pursuant to 15 U.S.C. § 1117(a), THE BEAUTIES AND THE BRANDS is therefore entitled to an award of treble damages against Defendants.

116.   Defendants' acts make this an exceptional case under 15 U.S.C. § 1117(a); thus, THE BEAUTIES AND THE BRANDS is entitled to an award of attorneys' fees and costs.

## COUNT III

## FLORIDA COMMON LAW TRADEMARK INFRINGEMENT

## AND UNFAIR COMPETITION

117.   Beauties and the Brands repeats and realleges the allegations set forth in Paragraphs 1 through 78 above as if fully set forth herein.

118.    Beauties and the Brands has valid and protectable common law rights in the Beauties and the Brand Mark.

119.    Beauties and the Brands is the senior user of the BEAUTIES AND THE BRAND Mark.

120.    BEAUTIES AND THE BRANDS has expended significant time and expense in developing the BEAUTIES AND THE BRANDS Mark and the high-quality services it markets and sells under the mark. The BEAUTIES AND THE BRANDS Mark have been very successful and have developed a substantial reputation and goodwill in the marketplace.

121.    Defendants' use of the confusingly similar BEAUTY AND THE BRAND mark on unauthorized goods and services is likely to cause confusion as to the origin of Defendants' goods and services and is likely to cause others to believe that there is a relationship between Defendant and BEAUTIES AND THE BRANDS.

122.    Defendants' wrongful acts have permitted and will permit them to receive substantial profits based upon the strength of BEAUTIES AND THE BRANDS' reputation and the substantial goodwill it has built up in the BEAUTIES AND THE BRANDS Mark.

123.   Through their wrongful conduct, Defendants have misappropriated BEAUTIES AND THE BRANDS' efforts and are exploiting the BEAUTIES AND THE BRANDS Mark and BEAUTIES AND THE BRANDS' reputation to market and sell their services under the BEAUTY AND THE BRAND mark. These actions constitute unfair competition.

124.   On information and belief, Defendants have infringed Beauties and the Brands' common law rights in the Mark by selling, offering for sale, and advertising services under the trade name "The Beauty and the Brands," on its social media platforms.

125.   On information and belief, Defendants' uses of The Beauty and the Brands in promotion of Defendants' goods and services, as The Blush Bar, are likely to confuse consumers who understand The Beauty and the Brands to be an indication of the source of goods and services manufactured, offered, provided or endorsed by Beauties and the Brands.

126.   On information and belief, Defendants' conduct constitutes common law trademark infringement, misappropriation of Beauties and the Brands' goodwill, and unfair competition under the common law of

Florida, by reason of which Beauties and the Brands has suffered and will continue to suffer irreparable injury.

127.   As a direct and proximate result of Defendants' wrongful conduct, BEAUTIES AND THE BRANDS has been and will continue to be damaged.

128.   Unless an injunction is issued enjoining any continuing or future use of the BEAUTY AND THE BRAND mark by Defendants, such continuing or future use is likely to continue to cause confusion and thereby irreparably damage BEAUTIES AND THE BRANDS. BEAUTIES AND THE BRANDS has no adequate remedy at law. Accordingly, BEAUTIES AND THE BRANDS is entitled to an injunction.

129.   Defendants have acted willfully, intentionally and maliciously, such that BEAUTIES AND THE BRANDS is entitled to punitive damages.

## COUNT IV

## Federal Unfair Competition/False Designation of Origin – 15 U.S.C. § 1125(a)

130.   Beauties and the Brands repeats and realleges the allegations set forth in Paragraphs 1 through 78 above as if fully set forth herein.

131.   The BEAUTIES AND THE BRANDS Mark are strong and distinctive and designate BEAUTIES AND THE BRANDS as the source of all goods and services advertised, marketed, sold, or used in connection with the mark.

132.   Beauties and the Brands is the senior user of the BEAUTIES AND THE BRANDS Mark as it began use of the mark in interstate commerce prior to Defendants' first use of the confusingly similar Beauty and the Brand mark.

133.   Defendants were aware of the BEAUTIES AND THE BRANDS Mark because Defendants were on constructive notice based on Beauties and the Brands federal registration, as well as on actual notice based on Beauties and the Brands numerous communications with Defendants about this matter. Yet, Defendants continued to use their BEAUTY AND THE BRAND mark. Thus, Defendants' unauthorized use of the confusingly similar BEAUTIES AND THE BRANDS mark was and is knowing intentional, and willful.

134.   Through their use of the confusingly similar BEAUTIES AND THE BRANDS mark, Defendants intended to, and did in fact, confuse and mislead consumers into believing, and misrepresented and created the

false impression, that Beauties and the Brands somehow authorized, originated, sponsored, approved, licensed, or participated in Defendants' use of the confusingly similar BEAUTY AND THE BRAND mark.

135.   In fact, there is no connection, association, or licensing relationship between Beauties and the Brands and Defendants, nor has Beauties and the Brands ever authorized, licensed, or given permission to Defendants to use the confusingly similar BEAUTY AND THE BRAND mark in any manner.

136.   Defendants' use of the confusingly similar BEAUTY AND THE BRAND mark will likely cause confusion as to the origin and authenticity of Defendant's website, and related goods and services, and will likely cause others to believe that there is a relationship between Defendant and Beauties and the Brands when there is, in fact, not.

137.   As a direct and proximate result of Defendants' wrongful conduct, Beauties and the Brands has been and will continue to be damaged.

138.   Defendants' actions thus constitute false designation of origin and unfair competition.

139.   Defendants' activities have caused, and will continue to cause, irreparable harm to Beauties and the Brands, for which it has no adequate remedy at law, in that: (i) the BEAUTIES AND THE BRANDS Mark comprise unique and valuable property rights that have no readily determinable market value; (ii) Defendants' infringement constitutes interference with Beauties and the Brands goodwill and customer relationships and will substantially harm Beauties and the Brands reputation as a source of high-quality goods and services; and (iii) Defendants' wrongful conduct, and the damages resulting to Beauties and the Brands, are continuing. Accordingly, Beauties and the Brands is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a).

140.   Pursuant to 15 U.S.C. §1117(a), Beauties and the Brands is entitled to an order: (i) requiring Defendant to account to BEAUTIES AND THE BRANDS for any and all profits derived from their actions, to be increased in accordance with the applicable provisions of law; and (ii) awarding all damages sustained by BEAUTIES AND THE BRANDS that were caused by Defendants' conduct.

141.   Defendants' conduct was and is intentional and without foundation in law, and pursuant to 15 U.S.C. § 1117(a), BEAUTIES AND

THE BRANDS is therefore entitled to an award of treble damages against Defendants.

142. Defendants' acts make this an exceptional case under 15 U.S.C. § 1117(a); thus, BEAUTIES AND THE BRANDS are entitled to an award of attorneys' fees and costs.

**COUNT V**

**Florida Deceptive and Unfair Trade Practices Act (Fla. Stat. § 501.201 et seq.)**

143. Beauties and the Brands repeats and realleges the allegations set forth in Paragraphs 1 through 78 above as if fully set forth herein.

144. Beauties and the Brands repeats and realleges the allegations set forth in Paragraphs 1 through 141 above as if fully set forth herein.

145. Defendants have engaged in the conduct of trade and commerce in the State of Florida.

146. As described above, Defendants' have violated the Florida Deceptive and Unfair Trade Practices Act by engaging in unfair methods of competition, unconscionable acts or practices, and/or unfair or deceptive acts or practices in the conduct of any trade or commerce.

147.   Defendants' use of the confusingly similar BEAUTY AND THE BRAND mark on unauthorized goods and services is likely to cause confusion as to the origin of Defendants' goods and services and is likely to cause others to believe that there is a relationship between Defendants and BEAUTIES AND THE BRANDS.

148.   Defendants' wrongful acts have permitted and will permit them to receive substantial profits based upon the strength of BEAUTIES AND THE BRANDS' reputation and the substantial goodwill it has built up in the BEAUTIES AND THE BRANDS Mark.

150.   As a direct and proximate result of Defendants' wrongful conduct, BEAUTIES AND THE BRANDS has been and will continue to be damaged.

151.   Unless an injunction is issued enjoining any continuing or future use of the BEAUTY AND THE BRAND mark by Defendants, such continuing or future use is likely to continue to cause confusion and thereby irreparably damage BEAUTIES AND THE BRANDS. BEAUTIES AND THE BRANDS has no adequate remedy at law. Accordingly, BEAUTIES AND THE BRANDS is entitled to an injunction.

152.    BEAUTIES AND THE BRANDS is entitled to recover its reasonable attorneys' fees and costs pursuant to Fla. Stats. § 501.211 and § 501.2105.

## **PRAYER**

WHEREFORE, Beauties and the Brands requests the Court grant the following relief:

A.    An injunction ordering both Defendants, and their officers, directors, members, agents, servants, employees, and attorneys, and all other persons acting in concert or participating with them (collectively, the "Enjoined Parties"), who receive actual notice of the injunction order by personal or other service, to:

    i.    cease all use and never use the BEAUTY AND THE BRAND mark, the BEAUTIES AND THE BRAND Mark, or any other mark likely to cause confusion with the BEAUTIES AND THE BRAND mark, including any misspelling or variation of the BEAUTIES AND THE BRAND mark, in, on, or with any products or services, or in connection with the, advertising, marketing, or other promotion, distribution, offering for sale, or sale, of any

products or services, including on the Social Media

Accounts;

ii.  never use any false designation of origin, false

representation, or any false or misleading description of

fact, that can, or is likely to, lead the consuming public or

individual members thereof, to believe that any products

or services produced, offered, promoted, marketed,

advertised, provided, sold or otherwise distributed by the

Enjoined Parties is in any manner associated or connected

with BEAUTIES AND THE BRANDS, or are licensed,

approved, or authorized in any way by BEAUTIES AND

THE BRANDS;

iii. never represent, suggest in any fashion to any third party,

or perform any act that may give rise to the belief, that the

Enjoined Parties, or any of their products or services, are

related to, or authorized or sponsored by, BEAUTIES

AND THE BRANDS;

iv.  never register any domain name that contains any of the

BEAUTIES AND THE BRAND Mark or any misspelling

or variation of the mark, or any domain name confusingly similar to any of the BEAUTIES AND THE BRAND Mark;

v.   transfer to BEAUTIES AND THE BRANDS all domain names in the Enjoined Parties' possession, custody, or control that include the words "BEAUTY" or "BRANDS" or any misspelling or variation thereof, are otherwise confusingly similar to or contain any of the BEAUTIES AND THE BRAND mark, or were used in connection with the BEAUTY AND THE BRAND mark

vi.  cease all use of the Social Media Accounts and any similar accounts or social media websites, and never register or attempt to register any social media account that contains the BEAUTY AND THE BRAND mark, any of the BEAUTIES AND THE BRAND Mark, or any misspelling or variation of the mark, or any other social media account confusingly similar to any of the BEAUTIES AND THE BRAND Mark;

vii. transfer to BEAUTIES AND THE BRANDS, disable, or delete the Social Media Accounts that were used to

promote the BEAUTY AND THE BRAND mark,

including all such accounts in Defendants' possession,

custody, or control that include the word "entrepreneur"

or any misspelling or variation thereof, or are otherwise

confusingly similar to or contain any of the BEAUTIES

AND THE BRAND mark;

viii.   never unfairly compete with BEAUTIES AND THE

BRANDS in any manner whatsoever, or engage in any

unfair, fraudulent, or deceptive business practices that

relate in any way to the production, distribution,

marketing, and/or sale of products and services bearing

any of the BEAUTIES AND THE BRAND mark or any

other mark likely to cause confusion with the BEAUTIES

AND THE BRAND Mark, including any misspelling or

variation of the mark; and

ix.   never apply for or seek to register the BEAUTY AND

THE BRAND mark, any of the BEAUTIES AND THE

BRAND mark, or any other mark likely to cause

confusion with the BEAUTIES AND THE BRAND mark,

including any misspelling or variation of the mark.

B.    An order, pursuant to 15 U.S.C. § 1118, requiring the Enjoined

Parties to deliver and destroy within thirty days all prints, advertising,

packaging, goods, and other materials bearing the BEAUTY AND THE

BRAND mark.

C.    An order pursuant to 15 U.S.C. § 1116(a), directing the Enjoined

Parties to file with the Court and serve upon BEAUTIES AND THE

BRANDS' counsel, within thirty (30) days after service of the order of

injunction, a report in writing under oath setting forth in detail the manner

and form in which the Enjoined Parties have complied with the injunction.

D.    To give practical effect to the Court's injunction, an order that

the social networking service or entity (e.g., Facebook) related to any of the

social media accounts subject to this Order shall, within fourteen (14) days

of receipt of the Order, transfer, disable, or otherwise cancel those subject

accounts at BEAUTIES AND THE BRANDS' request if the Enjoined Parties

have not already done so.

E.    To give practical effect to the Court's injunction, an order that

the Registry or Registrar for any of the foregoing domain names shall,

within fourteen (14) days of receipt of the Order, transfer or otherwise

assign those subject domain names to BEAUTIES AND THE BRANDS if

the Enjoined Parties have not already done so.

  F. An order finding that, by the acts complained of above,

Defendant has infringed BEAUTIES AND THE BRANDS' federally

registered trademark in violation of 15 U.S.C. § 1114.

  G. An order finding that, by the acts complained of above,

Defendants have created a false designation of origin and false

representation of association in violation of 15 U.S.C. § 1125(a).

  H. An order finding that, by the acts complained of above,

Defendants have violated the Florida Deceptive and Unfair Trade Practices

Act, Fla. Stat. §501.201 et seq.

  I. An order finding that, by the acts complained of above,

Defendants have engaged in common law unfair competition and

trademark infringement.

  J. An order awarding BEAUTIES AND THE BRANDS damages

as follows:

    i. Pursuant to 15 U.S.C. § 1117(a), BEAUTIES AND THE

     BRANDS' actual damages, as well as all of Defendants'

profits or gains of any kind from their acts of trademark infringement, false designation of origin, and unfair competition, including a trebling of those damages; and

    ii.    Punitive damages pursuant to Florida common law.

K.    An order pursuant to 15 U.S.C. § 1117(a), finding that this is an exceptional case and awarding BEAUTIES AND THE BRANDS its reasonable attorneys' fees.

L.    An order pursuant to Fla. Stat. § 501.2105, awarding BEAUTIES AND THE BRANDS its reasonable attorneys' fees and costs.

M.    An order pursuant to 15 U.S.C. § 1117(a), awarding BEAUTIES AND THE BRANDS all its costs, disbursements, and other expenses incurred due to Defendants' unlawful conduct.

N.    An order awarding BEAUTIES AND THE BRANDS pre-judgment interest.

O.    An order awarding BEAUTIES AND THE BRANDS such other relief as the Court deems appropriate.

## **JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury on all issues so triable.

DATED this 30TH day of June, 2023

Respectfully submitted by:

STOKES LAW GROUP, PLLC

/s/Shaunette Stokes
Shaunette Stokes, Esq.
Florida Bar No. 109278
10150 Highland Manor Drive, Suite 200
Tampa, Florida 33610
(813) 444-4156 -Office
(813) 702-1976 - Facsimile
shaunette@stokeslegalcounsel.com
Attorney for Plaintiff





Exhibit A



Exhibit B

# United States of America

## United States Patent and Trademark Office

# The Beauties and The Brands

**Reg. No. 6,618,721**

**Registered Jan. 18, 2022**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Beauties and the Brands, LLC  (FLORIDA LIMITED LIABILITY COMPANY)
13546 Wild Ginger St
Riverview, FLORIDA 33579

CLASS 41: Arranging and conducting of educational conferences in the field of building a brand; Conducting workshops and seminars in personal awareness; Conducting workshops and seminars in self awareness; Conducting educational exhibitions in the nature of workshops, webinars, and seminars in the field of building a brand; Educational services, namely, conducting seminars, lectures, teleseminars, teleclasses, and workshops in personal awareness; Special event planning for social entertainment purposes

FIRST USE 1-1-2019; IN COMMERCE 1-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-492,572, FILED 01-27-2021





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



<span style="color:red">Exhibit C</span>

Shaunette Stokes <shaunette@stokeslegalcounsel.com>

---

## Serial Number 90492572: Received Your Trademark/Service Mark Application, Principal Register

1 message

---

**TEAS@uspto.gov** <TEAS@uspto.gov>
To: shaunette@stokeslegalcounsel.com, info@stokeslegalcounsel.com

Wed, Jan 27, 2021 at 5:33 PM

**Filing Receipt for Trademark/Service Mark Application for Registration
on the Principal Register
and Next Steps in the Application Process**

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** The Beauties and The Brands (Standard Characters, mark.jpg)
The literal element of the mark consists of The Beauties and The Brands. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '90492572'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. In approximately three months, your application will be assigned to a USPTO examining attorney for review. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**The information submitted in the application appears below:**

PTO- 1478

Approved for use through 02/28/2021. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register

**TEAS Plus Application**

NOTE: *Data fields with the * are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | mark.jpg |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | The Beauties and The Brands |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Beauties and the Brands, LLC |
| **\*MAILING ADDRESS** | 13546 Wild Ginger St |
| **\*CITY** | Riverview |
| **\*STATE** (Required for U.S. applicants) | Florida |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 33579 |
| **PHONE** | 813-369-3184 |
| **\*EMAIL ADDRESS** | terikahaynes@yahoo.com |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | LIMITED LIABILITY COMPANY |
| **\* STATE/COUNTRY/REGION/ JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Arranging and conducting of educational conferences in the field of **building a brand**; Conducting workshops and seminars in personal awareness; Conducting workshops and seminars in self awareness; Conducting educational exhibitions in the nature of **building a brand**; Educational services, namely, conducting seminars, lectures, teleseminars, teleclasses, and workshops in |

| Input Field | Entered |
|---|---|
| | personal awareness; Special event planning for social entertainment purposes |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/01/2019 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/2019 |
| SPECIMEN FILE NAME(S) | SPE0-472033813-2021012511 3905934710_._beauties_an d _the_brand.pdf |
| | SPE0-472033813-2021012511 3905934710_._81257503_17 5 561327172895_472886034982 |
| | SPE0-472033813-2021012511 3905934710_._81479608_17 7 826730279688_817869544195 |
| | SPE0-472033813-2021012511 3905934710_._81544266_17 8 242806904747_259393230857 |
| | SPE0-472033813-2021012511 3905934710_._81976743_17 9 059016823126_106846814532 |
| SPECIMEN DESCRIPTION | Attached you will find a website screen capture of the Eventbrite page for the 2020 event that took place. Also, you will find the flyers that went out for the same event for the expert panelists. |
| WEBPAGE URL | https://www.eventbrite.com/e/the-beauties-and-the-brands-2020-vision-board-brunch-party-tickets-83111748477# |
| WEBPAGE DATE OF ACCESS | 01/25/2021 |

**ADDITIONAL STATEMENTS INFORMATION**

*TRANSLATION
(if applicable)

*TRANSLITERATION
(if applicable)

*CLAIMED PRIOR REGISTRATION
(if applicable)

*CONSENT (NAME/LIKENESS)
(if applicable)

*CONCURRENT USE CLAIM
(if applicable)

**ATTORNEY INFORMATION**

| | |
|---|---|
| NAME | Shaunette Lavette Stokes |
| ATTORNEY BAR MEMBERSHIP NUMBER | 109278 |
| YEAR OF ADMISSION | 2014 |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | Florida |
| FIRM NAME | Stokes Law Group, PLLC |
| STREET | 10150 Highland Manor Drive, 200 |
| CITY | Tampa |
| STATE | Florida |

| Input Field | Entered |
|---|---|
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 33610 |
| **PHONE** | 813-444-4156 |
| **FAX** | 813-702-1076 |
| **EMAIL ADDRESS** | shaunette@stokeslegalcounsel.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Shaunette Lavette Stokes |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | shaunette@stokeslegalcounsel.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | info@stokeslegalcounsel.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| ***TOTAL FEES DUE** | 250 |
| ***TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| ***  SIGNATURE** | /shaunette stokes/ |
| ***  SIGNATORY'S NAME** | Stokes, Shaunette |
| ***  SIGNATORY'S POSITION** | Attorney of Record, Florida Bar Member |
| **SIGNATORY'S PHONE NUMBER** | 813-444-4156 |
| ***  DATE SIGNED** | 01/27/2021 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478

Approved for use through 02/28/2021. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 90492572
### Filing Date: 01/27/2021

## To the Commissioner for Trademarks:

The applicant, Beauties and the Brands, LLC, a limited liability company legally organized under the laws of Florida, having an address of

13546 Wild Ginger St
Riverview, Florida 33579
United States
813-369-3184(phone)
terikahaynes@yahoo.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 041: Arranging and conducting of educational conferences in the field of building a brand; Conducting workshops and seminars in personal awareness; Conducting workshops and seminars in self awareness; Conducting educational exhibitions in the nature of building a brand; Educational services, namely, conducting seminars, lectures, teleseminars, teleclasses, and workshops in personal awareness; Special event planning for social entertainment purposes

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/01/2019, and first used in commerce at least as early as 01/01/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Attached you will find a website screen capture of the Eventbrite page for the 2020 event that took place. Also, you will find the flyers that went out for the same event for the expert panelists..
Specimen-1 [SPE0-472033813-2021012511 3905934710-._beauties_and _the_brand.pdf ]
Specimen-2 [SPE0-472033813-2021012511 3905934710-._81257503_175 561327172895_472886034982 9218304_o__1_.jpg ]
Specimen-3 [SPE0-472033813-2021012511 3905934710-._81479608_177 826730279688_817869544195 7781504_o.jpg ]
Specimen-4 [SPE0-472033813-2021012511 3905934710-._81544266_178 242806904747_259393230857 4633984_o.jpg ]
Specimen-5 [SPE0-472033813-2021012511 3905934710-._81976743_179 059016823126_106846814532 6391296_o.jpg ]

Webpage URL: https://www.eventbrite.com/e/the-beauties-and-the-brands-2020-vision-board-brunch-party-tickets-83111748477#
Webpage Date of Access: 01/25/2021

The owner's/holder's proposed attorney information: Shaunette Lavette Stokes. Shaunette Lavette Stokes of Stokes

Law Group, PLLC, is a member of the Florida bar, admitted to the bar in 2014, bar membership no. 109278, is located at

10150 Highland Manor Drive, 200
Tampa, Florida 33610
United States
813-444-4156(phone)
813-702-1076(fax)
shaunette@stokeslegalcounsel.com

Shaunette Lavette Stokes submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

Shaunette Lavette Stokes
PRIMARY EMAIL FOR CORRESPONDENCE: shaunette@stokeslegalcounsel.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): info@stokeslegalcounsel.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /shaunette stokes/   Date: 01/27/2021
Signatory's Name: Stokes, Shaunette
Signatory's Position: Attorney of Record, Florida Bar Member

Signatory's Phone Number: 813-444-4156
Signature method: Signed directly within the form

---

Thank you,

The TEAS support team
Wed Jan 27 17:33:01 ET 2021
STAMP: USPTO/FTK-47.203.38.13-20210127173300958414-90492572-760ef2173ce3aa50e4edee1aae07b5
489ce088b8cdd2f3d6ea2538314506cfb-ET-33007494-20210127171740703972

# Exhibit D

 **Aicha Ayana**
March 4 · 🌐

I have TWO classes coming up. One is for mentorship, the other is a masterclass! Register with these links:
https://TheBlushBar.as.me/MENTOR
https://TheBlushBar.as.me/BRAND













❤️👍 Ashley Ward-Singleton and 39 others          12 shares

👍 Like          💬 Comment          ➤ Share

Write a comment...

Exhibit E



Exhibit F



Exhibit G



**Aicha Ayana**
31m · 🌐

Y'all asked. Here you go. Building a million dollar business takes work, but it isn't hard at all. Beauty businesses please, join us March 7th. www.theblushbar.as.me 💫



❤️👍 27          1 Comment   11 Shares

 👍 **Like**          💬 **Comment**          ↪ **Share**

 **Angelica Aw Williams**
Comeeeee on sis!!!! Go off....
respectively!!!! Yesss

# Exhibit H







# Exhibit I

| Choose Appointment | Your Info | Confirmation |
|---|---|---|

Returning? Log in

We have been blessed to have such a strong client base! Because of the volume of clients we see, and our need to be as efficient as possible in serving, **please note the following in its entirety:**

You **MUST** cancel or reschedule within 24 hours of your appointment time or your deposit will be forfeited. No exceptions. Also, if you are more than 15 minutes late for your scheduled service, your appointment will be cancelled with no deposit refund, transfer, or credit. If you paid in full, the remaining balance minus the forfeited deposit will be listed as a credit on your account. We love you guys, but calling explaining you'll be more than 15 minutes late does not exempt you from the policy. Because we schedule by appointment only, that means the client after you would have to wait, and that's not fair to them.

Please note staff **CAN NOT** change, reschedule, or cancel your appointment. You must select those options on your own via your original appointment email link before 24 hours of your scheduled appointment time. If you are needing to change appointment locations, please note this policy also applies and you must cancel, then reschedule in the alotted time frame above.

If you need help deciding which facial service to get, please click the following link: https://www.blushbeautycollection.com/facial-types Staff cannot give virtual consults or recommend services over the phone without having seen you. We are able to tweak your services for skincare at your appointment if your therapist recommends.

Please note Blush is a skincare treatment center. We differ from most facial spas being we don't do a quick facial service for 15 minutes then rub your hands and shoulders for the rest of the time. If you've came to us for a facial service, we will devote your entire appointment time to providing care for your face.

**We have three locations to conveniently serve you.**

**Our Hillsborough County Treatment Center is located at: 9250 Bay Plaza Blvd. Tampa, FL 33619 (We're located directly off of Adamo behind the Clarion Hotel which has a "Ferman" sign to turn)**

**Our Pinellas County Center is located at: 5800 49th Street North Suite 203 St. Petersburg, FL 33709 (We're located directly in the front of Northside Hospital in the Northside Professional Complex's 2nd Floor)**

**Our Polk County Center is located at 1137 Bartow Road Lakeland, FL 33801 Suite B (We're located downstairs in the Four Gables Plaza)**

Need to talk to a provider? Call us at (813)540-1852. Please note we may not answer if we're with a client OR if it's a non business day. Please leave a message. Please also note the above number does have text message capabilities. You are also able to email us at info@blushbeautycollection.com

We're open Thursday - Saturday and can serve you during those times.

**COVID precautions:** Please do NOT come to your appointment if you're having flu like symptoms. You still MUST follow the reschedule/cancel policy above. If you're unable to, we will honor your appointment reschedule if you were tested 72 hours before or after your missed appointment with documentation. If you were diagnosed with COVID, you will need to provide your COVID negative results before you return to the spa.

**30 Day Mentor Package (Non-Refundable NO EXCEPTIONS)**
2 hours @ $999.00

Class starts March 20th! This four session / once a week / 30 minute call mentorship package directly working with Aicha helps clarify your professional goals and improve results by combining coaching, advising, networking and facilitating over 30 days. EVERYTHING IS VIRTUAL. Select this class to see a full description that follows.

Quantity: 1

| March 2023 | > | Monday, March 20 |
|---|---|---|

TIME ZONE: **EASTERN TIME (GMT-05:00)**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | **20** | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |

9:00 AM



Exhibit J

| Choose Appointment | Your Info | Confirmation |
|---|---|---|

Returning? Log in

We have been blessed to have such a strong client base! Because of the volume of clients we see, and our need to be as efficient as possible in serving, **please note the following in its entirety:**

You **MUST** cancel or reschedule within 24 hours of your appointment time or your deposit will be forfeited. No exceptions. Also, if you are more than 15 minutes late for your scheduled service, your appointment will be cancelled with no deposit refund, transfer, or credit. If you paid in full, the remaining balance minus the forfeited deposit will be listed as a credit on your account. We love you guys, but calling explaining you'll be more than 15 minutes late does not exempt you from the policy. Because we schedule by appointment only, that means the client after you would have to wait, and that's not fair to them.

Please note staff **CAN NOT** change, reschedule, or cancel your appointment. You must select those options on your own via your original appointment email link before 24 hours of your scheduled appointment time. If you are needing to change appointment locations, please note this policy also applies and you must cancel, then reschedule in the alotted time frame above.

If you need help deciding which facial service to get, please click the following link: https://www.blushbeautycollection.com/facial-types Staff cannot give virtual consults or recommend services over the phone without having seen you. We are able to tweak your services for skincare at your appointment if your therapist recommends.

Please note Blush is a skincare treatment center. We differ from most facial spas being we don't do a quick facial service for 15 minutes then rub your hands and shoulders for the rest of the time. If you've came to us for a facial service, we will devote your entire appointment time to providing care for your face.

**We have three locations to conveniently serve you.**

**Our Hillsborough County Treatment Center is located at: 9250 Bay Plaza Blvd. Tampa, FL 33619 (We're located directly off of Adamo behind the Clarion Hotel which has a "Ferman" sign to turn)**

**Our Pinellas County Center is located at: 5800 49th Street North Suite 203 St. Petersburg, FL 33709 (We're located directly in the front of Northside Hospital in the Northside Professional Complex's 2nd Floor)**

**Our Polk County Center is located at 1137 Bartow Road Lakeland, FL 33801 Suite B (We're located downstairs in the Four Gables Plaza)**

Need to talk to a provider? Call us at (813)540-1852. Please note we may not answer if we're with a client OR if it's a non business day. Please leave a message. Please also note the above number does have text message capabilities. You are also able to email us at info@blushbeautycollection.com

We're open Thursday - Saturday and can serve you during those times.

**COVID precautions:** Please do NOT come to your appointment if you're having flu like symptoms. You still MUST follow the reschedule/cancel policy above. If you're unable to, we will honor your appointment reschedule if you were tested 72 hours before or after your missed appointment with documentation. If you were diagnosed with COVID, you will need to provide your COVID negative results before you return to the spa.

**Redeem Coupon, Package, or Gift Certificate**



**Classic Facial**
30 minutes @ $55.00

Indulge in our signature pampering experience. Our classic facial is completely customized for you and combines double cleanse, steam, exfoliation, customized enzyme mask, and the proper serums to give you the glow or the results your skin is looking for.

Book



**Deluxe Facial**
45 minutes @ $65.00

Indulge in our signature pampering experience that our classic facial offers. It includes double cleanse, steam, exfoliation, high-frequency treatment, face massage, premium customized facial mask (depending on any concerns or goals you want to achieve for your skin). This face mask is the "fruit/veggie/flower" peel masks you see in all our videos (each mask is to target your specific skincare concern). Treatment is then completed with the proper serums to give you the results your skin needs.

Book



**Men's Deluxe Facial + Beard Wash**
50 minutes @ $80.00

All the benefits of our Deluxe Facial with beard pamper included. Our specialized beard wash washes away dirt and oil without being rough on the skin all while creating a healthy beard ph balance.

Book



**Teen Facial (ages 15 and under)**
30 minutes @ $45.00

Our classic facial but for teens UNDER 15

Book



**Brightening Facial**
50 minutes @ $82.00

Accelerate brightening, improve skin clarity and enhance skin tone, and create a fresher, healthier appearance with this custom facial experience. Specially formulated with alpha-hydroxy, bearberry, and licorice, this facial promises to target age spots, sun spots, and uneven skin tone, providing a new fresh face and undeniable glow.

Book

 

**Acne Facial**
50 minutes @ $82.00

This facial is for clients that have acne concerns and or need a lot of extractions. Dead Sea Clays, Sulfer, and Activated Charcoal are used in this unique facial that helps detoxify the skin. Your treatment will also be completed with our intense LED light therapy to target acne and kill it beneath the surface of the skin. Your service then completes with our signature high-frequency treatment.

Book



**Detox Facial**
50 minutes @ $82.00

Blackheads, whiteheads, and a bunch of other gunk! This facial helps stimulate a healthier environment for the skin by removing impurities, pollutants, and dead skin cells to revitalize the skin and support its health. The key ingredients that make this facial amazing include mineral-rich clay, activated charcoal, and botanical lipids that help remove excess oil from the face leaving it refined and revitalized.

Book



**Deep Hydration Facial**
50 minutes @ $82.00

Dry skin? Your solution is here! Packed with water-rich properties, our hydrating facial does an excellent job of restoring a healthy balance to your skin. Loaded with oatmeal and aloe, your skin is left glowing and full of moisture. Those experiencing dehydration, dryness, and irritation will benefit most from a hydrating facial, although it is suitable for anyone looking to get that radiant and supple look

Book



**Anti-Aging Facial**
50 minutes @ $82.00

Formulated to combat wrinkles, our special formula is powered with Retinol to target fine lines and improve elasticity. Our Alpha-hydroxy blend includes both Vitamins A and C, green tea extracts, and cucumber to give your skin the ultimate aging skin reversal. Finished with LED light treatment this facial provides complete age reversal.

Book



**Deluxe Facial + Microdermabrasion**
1 hour @ $90.00

Microdermabrasion is a procedure that removes dead and dry skin cells to accelerate cell turnover and give you "new skin". It is a non-chemical, non-invasive procedure. The



procedure removes dead skin, softens fine lines, smoothes out skin texture, exfoliates, makes skin tone even, stimulates cell turnover and the creation of collagen.



**Deluxe Facial + Dermaplaning (skin scrapping)**
1 hour @ $100.00

Book

This service combines our Deluxe Facial with Dermaplaning (the scraping of the face with scalpel) Dermaplaning is a procedure that removes the top layers of your skin. The procedure provides deep exfoliation to remove dead skin cells helping your face achieve a new healthy and smoother tone.



**Neck Treatment**
45 minutes @ $89.00

Book

Our Neck Treatment specifically treats areas under the chin and neck that have been affected by ingrown hair, razor bumps, shaving, and/or discoloration. We remove the upper layers of damaged skin then use a vitamin based solution to encourage skin cell regeneration. Combined with powerful antioxidants, correcting peptides & plant-derived stem cells this procedure aggressively treats and heals the skin and restores it's natural state.



**Hydrafacial**
50 minutes @ $125.00

Book

A Hydrafacial is like combing 6 facials into one! It starts with a lymphatic drainage treatment, or detox to the face. Next, the machine cleanses and exfoliates which rids of dead skin cells. After exfoliation, the next step is to brighten the appearance of the skin which includes the application of gentle peel to loosen debris in blocked pores. Your face is then cleansed again, treated with antioxidants, and LED light. Great for treating oily, acne-prone skin, white/blackheads and light hyperpigmentation.



**Oxygen Facial**
55 minutes @ $99.00

Book

This treatment is designed to nourish, heal, and promote collagen turnover of the face. Oxygen is infused with vitamins, minerals, essential nutrients, and botanical extracts to help calm acne, reduce fine fines, hydrate skin, and even skin tone. Impurities from the epidermis (top layer of the skin) are removed, boosting oxygen content. It also removes the dead cells from the top layer, opens up clogged pores, and brings out your skins natural radiant glow. This service offers an "all-in-one" ski



**Microneedling**
45 minutes @ $125.00

Book

Microneedling is specifically used at our spa for the treatment of hyperpigmentation. It is also used in our spa for the treatment of fine lines, and aging skin. Our skincare therapist uses a wand that contains very fine needles to pass over the face triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure.



**Microneedling + Express Facial**
50 minutes @ $150.00

Book

This service combines an express facial + microneedling service. (For those who haven't had a facial recently or have facial congestion but also want a microneedling treatment)



**Microneedling Deluxe Bundle**
1 hour @ $180.00

Book

This service combines an express facial, dermaplaning and microneedling service. The



combination of these three amazing services is used when the skin is dull, has an accumulation of dead skin cells, congestion (black heads + white heads) and hasn't been treated professionally in a while (or ever).



**Post Microneedling Skin Renewal Treatment**
45 minutes @ $115.00

Finished all of your microneedling sessions? The perfect follow-up facial is our very simple yet effective Skin Renewal Facial. This service helps to balance the skins PH back to normal and also blends your skin tone for a more even appearance. Enriched with Vitamins E & C, licorice, and bearberry, it creates a healthy environment for future skin health. A take home kit is also included for continued at home care. DO NOT SCHEDULE IF YOU HAVE NOT RECEIVED MICRONEEDLING TREATMENTS.

**Book**

**Chemical Peel**
50 minutes @ $125.00

Our facility recommends chemical peels for cystic acne and problematic skin, although occasionally we utilize its usage for hyperpigmentation. Using a blend of salicylic acid, lactic acid, resorcinol & retinol combined with powerful antioxidants, correcting peptides & plant-derived stem cells, we aggressively treat and heal the skin. Read extensively online regarding before and aftercare instructions before selecting this option. (our website under "what type of facial do I need")

**Book**



**Body/Scar/Stretch Mark/Hyperpigmentaion Treatment 3 x 3 small area**
30 minutes @ $89.00

This particular service is used for small BODY scars and hyperpigmentation ONLY. Our skincare therapist uses a wand to pass over scar tissue triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure. (cannot be performed over raised scars)

**Book**



**Body/ Scar/Stretch Mark/Hyperpigmentation Treatment 6 x 6 Medium area**
50 minutes @ $149.00

This particular service is used for small BODY scars and hyperpigmentation ONLY. Our skincare therapist uses a wand to pass over scar tissue triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure. (cannot be performed over raised scars)

**Book**



**Body/ Scar/ Stretch Mark/ Hyperpigmentation Treatment 12 x 12 Large area**
1 hour @ $199.00

This particular service is used for small BODY scars and hyperpigmentation ONLY. Our skincare therapist uses a wand to pass over scar tissue triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure. (cannot be performed over raised scars)

**Book**

**Hidradenitis suppurativa (HS skin treatment)**
45 minutes @ $79.00

This unique procedure offers a deep detoxification of the follicles to reduce the bodies inflammatory response in clients who have HS. Our process helps impede the severity of flare ups and the number of re-occurrences.

**Book**



**Vajacial (Vag Facial)**
30 minutes @ $52.00

The Vagi-Facial is the perfect addition to your waxing routine. We use a 7 step process to get your vag free of in-grown hairs, impurities, bacteria, and bumps. PLEASE NOTE THIS DOES NOT INCLUDE WAXING. THAT SERVICE MUST BE PURCHASED SEPARATELY.

**Book**



**Brazilian Wax**
20 minutes @ $52.00

[Book]

Full Brazilian Wax. Our facility uses hard wax specifically made for sensitive skin. Please make sure you exfoliate for 3 days prior to your appointment and come freshly showered. Waxing requires you to have hair of at least 1/2" length (about 21 days worth of growth) to have full effect. DO NOT SHAVE before your appointment. Tylenol/Motrin before your appointment will help with discomfort.



**Brazilian Wax + Vajacial**
45 minutes @ $72.00

[Book]

We use a 7 step process that leaves your vag free of in-grown hairs, impurities, bacteria, & bumps. This package includes a Wax. We use hard wax specifically made for sensitive skin. Please make sure you exfoliate for 3 days prior to your appointment and come freshly showered. Waxing requires you to have hair of at least 1/2" length (about 21 days worth of growth) to have full effect. DO NOT SHAVE before your appointment. Tylenol/Motrin before your appointment will help with discomfor



**Brazilian Dark Spot Treatment**
40 minutes @ $89.00

[Book]

This procedure treats hyperpigmentation or "dark marks" along the top of vagina and bikini areas. This service is most common for those with ingrown hair scarring and other dark spots that appear in the intimate regions. YOU CANNOT WAX OR SHAVE FOR 3 DAYS BEFORE THIS PROCEDURE. Make sure you're freshly showered before the appointment and wear loose-fitting underwear. Please refrain from sex two days before and two days after treatment.



**Intimate Lightening (Vag + Anal)**
40 minutes @ $125.00

[Book]

This procedure treats surface discoloration, specifically "uneven skin tone" on the vagina and anal areas. YOU CANNOT WAX OR SHAVE FOR 3 DAYS BEFORE THIS PROCEDURE. Make sure you're freshly showered before the appointment and wear loose-fitting underwear. Please refrain from sex two days before and two days after treatment.



**Brozilian (Men's Brazilian Wax)**
30 minutes @ $55.00

[Book]

Waxing for your eggplant! What else can we say?! Waxing requires you to have hair of at least 1/2" length (about ten to fourteen day's worth of growth) to have full effect. DO NOT SHAVE before your appointment.



**Full Leg Wax**
45 minutes @ $79.00

[Book]

Full leg wax. Hair MUST be the length of a grain of rice. Do NOT shave for two weeks before your appointment.



**Yoni Steam (Brandon Location ONLY)**
45 minutes @ $50.00

[Book]

The ultimate women's cleansing experience! Our holistic provider will guide you as you experience our Yoni Steam Sauna that cleanses and heals. Our experience aims to restore you emotionally, mentally, physically, and spiritually. (Please do not schedule if you're pregnant or have an IUD)



**Yoni Steam for Two (Brandon Location ONLY)**
45 minutes @ $100.00

[Book]

The ultimate women's cleansing experience! Our holistic provider will guide you as you experience our Yoni Steam Sauna that cleanses and heals. Our experience aims to restore



**Yoni Steam for Four (Brandon Location ONLY)**
45 minutes @ $200.00



The ultimate women's cleansing experience! Our holistic provider will guide you as you experience our Yoni Steam Sauna that cleanses and heals. Our experience aims to restore you emotionally, mentally, physically, and spiritually. This package is for four ladies. (Please do not schedule if you're pregnant or have an IUD)

Book

**Armpit Facial**
30 minutes @ $60.00



Detox your underarms from toxins! Deodorant clogs your pores and causes bacteria that doesn't just wash away. Our unique process includes detox, exfoliation, and mask that not only purifies your pits, but it helps even out skin tone. (Waxing is not included in this service nor can be done 3 days before or 3 days after)

Book

**Rear-end Derriere- Facial**
30 minutes @ $75.00



Our facial for your bum has been designed for the woman that may need some TLC to her backside. It is perfect for those who have experienced "booty acne" or just want that extra backside glow. We use a special 5 step process to get your special area smooth, soft, plump, and dark spot free with as special bum massage included. (Please note the mask is an add-on service ONLY)

Book

**Back Facial**
40 minutes @ $99.00



Back facials are high in demand! So many of us cant reach our back to properly cleanse so dirt, bacteria, and acne form. That's where we come in! Our multi-step process exfoliates and removes impurities from beneath the skin's surface. Your back is left with a beautiful and restored glow.

Book

**Back + Derriere Facial**
45 minutes @ $125.00



This service combines both our Back and our Derriere Facial as a combo package (please note specialty mask is an add-on)

Book

**Thigh Facial**
40 minutes @ $75.00



Our facial for your upper thighs is AHHHMAZING!! Our thighs rub together everyday and everyday that friction leads to darker skin. Using natural products, we even skin tone with this special 7 step process. The results even after one treatment is amazing. It's important to wear loose-fitting shorts or pants to this appointment as you will leave with a heavier vitamin C serum on your skin. (If your thighs have moderate hyperpigmentation, please book a body treatment)

Book

**Momma Bear Belly Facial**
40 minutes @ $70.00

This treatment is for the belly of expectant mothers. It uses gentle exfoliation and a high concentration of barrier repair oils to maximize skin strength, moisturize and increase elasticity to prevent stretch marks, relieve dryness, discomfort, and itchiness. We also use distilled rose water, rose petals, and rose hip oil to create a custom moisture mask designed exclusively for your belly. Your belly is left hydrated, moisturized, and smooth.

The natural way.



**Lip Plump (Follow - up Treatment)**
40 minutes @ $120.00

[ Book ]

This service is ONLY for those that have received a previous lip plump in our facility and would like to increase volume. Your last appointment has to be less than 6 months ago or you will need to re-start treatment.

---

**Private Party Booking/VIP Service (non-refundable)**
2 hours @ $99.00

[ Book ]

This is the fee to book a private party OR if you're wanting a private appointment on a day we're closed/after hours. Call BEFORE selecting this option. Does NOT go toward your service fees.

---

**One on One Training Deposit (non-refundable)**
2 hours @ $99.00

[ Book ]

This is the deposit for any of our one on one trainings. Call BEFORE securing your class date and training options. This CANNOT be refunded or transferred to another day. Visit us online for training details at https://www.blushbeautycollection.com/new-page-1

---

**$499 WAX + VAJACIAL CLASS (NON-REFUNDABLE DEPOSIT)**
3 hours @ $99.00

[ Book ]

---

**30 Day Mentor Package (Non-Refundable NO EXCEPTIONS)**
2 hours / @ $999.00

[ Book ]

Class starts March 20th! This four session / once a week / 30 minute call mentorship package directly working with Aicha helps clarify your professional goals and improve results by combining coaching, advising, networking and facilitating over 30 days. EVERYTHING IS VIRTUAL. Select this class to see a full description that follows.

---

Gift Certificates

**Gift Certificate**
$82.00

[ Add to Cart ]

Need a great gift idea for a friend, family member, or special someone? We've got a perfect idea! A deluxe facial! Upon checkout, you will be given a generated code, shown on the webpage and emailed to you to print out or write in a card! This purchase can also be used as a specialty service for a customized facial up to $75. Pretty cool they can tweak the service for whatever facial they want! Our gift certificates are non-refundable and expire 6 months after purchase.

Exhibit G

**Aicha Ayana**
31m · 🌐

Y'all asked. Here you go. Building a million dollar business takes work, but it isn't hard at all. Beauty businesses please, join us March 7th. www.theblushbar.as.me 💫



❤️👍 27                    1 Comment  11 Shares

 Like           Comment           Share

 **Angelica Aw Williams**
Comeeeee on sis!!!! Go off....
respectively!!!! Yesss

# Exhibit H



9:23

 **Aicha Ayana**





Exhibit I

Hi Terika.

I have actually been advised to not hold any conversation with you. Out of respect, I will say this- I have honored you and your event when I saw you posting a year after our 2018 initial event. I am really big about wanting to see everyone win so you having your event name similar to ours after our event did not bother me.

My attorney is working to gather all of our flyers from our beauty events as well as eventbrite links to reflect our event history and to provide our own cease and desist to you all. I'm sorry you were

This person is unavailable on Messenger. **More options**

   

 **Aicha Ayana**

JUST now getting the time to go through it all. I'm putting together a brunch for the female entrepreneur and looking for anyone that can contribute "gems" to the program. What topics would you be able to cover? I am tentatively looking at December 15th as of now.

NOV 22, 2019 AT 11:51 PM



 

**The Beauties and The Brands 20/20 Vision Board Brunch Party**

Sat, Jan 18, 2020 · The Portico · Tampa, Florida

Exhibit J

DEC 23, 2019 AT 8:40 PM

Expert Panelist Invitation for January 18th 2020 in Tampa Florida

Dear Aicha,

The Beauties and the Brands is a platform designed to motivate

    Aa   

 **Aicha Ayana** 

Sat, Jan 18, 2020 · The
Portico · Tampa, Florida

Exhibit K

DEC 23, 2019 AT 8:40 PM

Expert Panelist Invitation for
January 18th 2020 in Tampa
Florida

Dear Aicha,

The Beauties and the Brands is
a platform designed to motivate
and inspire prospective and
current women entrepreneurs,
business owners, and corporate
executives to fulfill their purpose
using their God-given talents.
One of the premiere platform is
our annual Beauties and the
Brands Vision Board Brunch
slated for January 18, 2020 from
10am-3pm. (The Panel
discussion is 60 minutes max)

The theme of this year's event is
simply FOCUS where we will
challenge our beauties with
brands to not only envision their
goals,
but to remain focused on
accomplishing their goals.
I would like to invite visionaries
like you to be part of the

    Aa  

 **Aicha Ayana**  

> Two questions how much time do we have to raise the Honorarium and you please send your headshot and bio!!!!

DEC 29, 2019 AT 6:25 PM

 I am just noticing the time you listed for the event. I am typically at my salon on Saturdays. Let me see if I can move anything around. I'll reach out Monday evening.

> It's okay. I am concerned we won't be able to raise the fee in enough time. I would hate for you to readjust your appointments at the blush bar and we aren't able to properly compensate you.

 Understandable. Please send me your flyer when you have it, I'll be happy to share and purchase a ticket for raffle. 😍

Exhibit L

> Yes ma'am

> We have our mid year in June

>  want you on that ticket

     Aa  



## Aicha Ayana

Hello Lovely! Let's chat about having you for our mid year event 6/27! Via zoom!

JAN 13, 2021 AT 12:02 PM

Hello Gorgeous

Happy New Year!!!!

**Exhibit M**

The Beauties and The Brands team is looking to invite you out as a speaker again this year. Can you check your availability for 2/21 or provide me the contact information for your event Coordinator who manages your schedule.

JAN 13, 2021 AT 7:08 PM

Hi Terika!

I don't have anyone that manages my schedule currently.

 Give me a few to check dates!

RV is scheduled for February 21 so let me know if you're available we would absolutely love to have you we're thinking of two options one virtual and one physical but please let me

 Aa



Exhibit N



## Exhibit O

| Choose Appointment | Your Info | Confirmation |

Returning? Log in

We have been blessed to have such a strong client base! Because of the volume of clients we see, and our need to be as efficient as possible in serving, **please note the following in its entirety:**

You **MUST** cancel or reschedule within 24 hours of your appointment time or your deposit will be forfeited. No exceptions. Also, if you are more than 15 minutes late for your scheduled service, your appointment will be cancelled with no deposit refund, transfer, or credit. If you paid in full, the remaining balance minus the forfeited deposit will be listed as a credit on your account. We love you guys, but calling explaining you'll be more than 15 minutes late does not exempt you from the policy. Because we schedule by appointment only, that means the client after you would have to wait, and that's not fair to them.

Please note staff **CAN NOT** change, reschedule, or cancel your appointment. You must select those options on your own via your original appointment email link before 24 hours of your scheduled appointment time. If you are needing to change appointment locations, please note this policy also applies and you must cancel, then reschedule in the allotted time frame above.

If you need help deciding which facial service to get, please click the following link: https://www.blushbeautycollection.com/facial-types Staff cannot give virtual consults or recommend services over the phone without having seen you. We are able to tweak your services for skincare at your appointment if your therapist recommends.

Please note Blush is a skincare treatment center. We differ from most facial spas being we don't do a quick facial service for 15 minutes then rub your hands and shoulders for the rest of the time. If you've came to us for a facial service, we will devote your entire appointment time to providing care for your face.

**We have three locations to conveniently serve you.**

**Our Hillsborough County Treatment Center is located at: 9250 Bay Plaza Blvd. Tampa, FL 33619 (We're located directly off of Adamo behind the Clarion Hotel which has a "Ferman" sign to turn)**

**Our Pinellas County Center is located at: 5800 49th Street North Suite 203 St. Petersburg, FL 33709 (We're located directly in the front of Northside Hospital in the Northside Professional Complex's 2nd Floor)**

**Our Polk County Center is located at 1137 Bartow Road Lakeland, FL 33801 Suite B (We're located downstairs in the Four Gables Plaza)**

Need to talk to a provider? Call us at (813)540-1852. Please note we may not answer if we're with a client OR if it's a non business day. Please leave a message. Please also note the above number does have text message capabilities. You are also able to email us at info@blushbeautycollection.com

We're open Thursday - Saturday and can serve you during those times.

**COVID precautions**: Please do NOT come to your appointment if you're having flu like symptoms. You still MUST follow the reschedule /cancel policy above. If you're unable to, we will honor your appointment reschedule if you were tested 72 hours before or after your missed appointment with documentation. If you were diagnosed with COVID, you will need to provide your COVID negative results before you return to the spa.

---

**30 Day Mentor Package (Non-Refundable NO EXCEPTIONS)**
2 hours @ $999.00

Class starts March 20th! This four session / once a week / 30 minute call mentorship package directly working with Aicha helps clarify your professional goals and improve results by combining coaching, advising, networking and facilitating over 30 days. EVERYTHING IS VIRTUAL. Select this class to see a full description that follows.

Quantity: 1

---

### March 2023

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |

**Monday, March 20**

TIME ZONE: **EASTERN TIME (GMT-05:00)**

9:00 AM



# Exhibit P

| Choose Appointment | Your Info | Confirmation |
| --- | --- | --- |

Returning? Log in

We have been blessed to have such a strong client base! Because of the volume of clients we see, and our need to be as efficient as possible in serving, **please note the following in its entirety:**

You **MUST** cancel or reschedule within 24 hours of your appointment time or your deposit will be forfeited. No exceptions. Also, if you are more than 15 minutes late for your scheduled service, your appointment will be cancelled with no deposit refund, transfer, or credit. If you paid in full, the remaining balance minus the forfeited deposit will be listed as a credit on your account. We love you guys, but calling explaining you'll be more than 15 minutes late does not exempt you from the policy. Because we schedule by appointment only, that means the client after you would have to wait, and that's not fair to them.

Please note staff **CAN NOT** change, reschedule, or cancel your appointment. You must select those options on your own via your original appointment email link before 24 hours of your scheduled appointment time. If you are needing to change appointment locations, please note this policy also applies and you must cancel, then reschedule in the allotted time frame above.

If you need help deciding which facial service to get, please click the following link: https://www.blushbeautycollection.com/facial-types Staff cannot give virtual consults or recommend services over the phone without having seen you. We are able to tweak your services for skincare at your appointment if your therapist recommends.

Please note Blush is a skincare treatment center. We differ from most facial spas being we don't do a quick facial service for 15 minutes then rub your hands and shoulders for the rest of the time. If you've came to us for a facial service, we will devote your entire appointment time to providing care for your face.

**We have three locations to conveniently serve you.**

**Our Hillsborough County Treatment Center is located at: 9250 Bay Plaza Blvd. Tampa, FL 33619 (We're located directly off of Adamo behind the Clarion Hotel which has a "Ferman" sign to turn)**

**Our Pinellas County Center is located at: 5800 49th Street North Suite 203 St. Petersburg, FL 33709 (We're located directly in the front of Northside Hospital in the Northside Professional Complex's 2nd Floor)**

**Our Polk County Center is located at 1137 Bartow Road Lakeland, FL 33801 Suite B (We're located downstairs in the Four Gables Plaza)**

Need to talk to a provider? Call us at (813)540-1852. Please note we may not answer if we're with a client OR if it's a non business day. Please leave a message. Please also note the above number does have text message capabilities. You are also able to email us at info@blushbeautycollection.com

We're open Thursday - Saturday and can serve you during those times.

**COVID precautions**: Please do NOT come to your appointment if you're having flu like symptoms. You still MUST follow the reschedule/cancel policy above. If you're unable to, we will honor your appointment reschedule if you were tested 72 hours before or after your missed appointment with documentation. If you were diagnosed with COVID, you will need to provide your COVID negative results before you return to the spa.

Redeem Coupon, Package, or Gift Certificate



**Classic Facial**
30 minutes @ $55.00

Book

Indulge in our signature pampering experience. Our classic facial is completely customized for you and combines double cleanse, steam, exfoliation, customized enzyme mask, and the proper serums to give you the glow or the results your skin is looking for.



**Deluxe Facial**
45 minutes @ $65.00

Book

Indulge in our signature pampering experience that our classic facial offers. It includes double cleanse, steam, exfoliation, high-frequency treatment, face massage, premium customized facial mask (depending on any concerns or goals you want to achieve for your skin). This face mask is the "fruit/veggie/flower" peel masks you see in all our videos (each mask is to target your specific skincare concern). Treatment is then completed with the proper serums to give you the results your skin needs.



**Men's Deluxe Facial + Beard Wash**
50 minutes @ $80.00

Book

All the benefits of our Deluxe Facial with beard pamper included. Our specialized beard wash washes away dirt and oil without being rough on the skin all while creating a healthy beard ph balance.



**Teen Facial (ages 15 and under)**
30 minutes @ $45.00

Our classic facial but for teens UNDER 15

Book

**Brightening Facial**
50 minutes @ $82.00

Accelerate brightening, improve skin tone, enhance skin clarity and create a fresher, healthier appearance with this custom facial experience. Specially formulated with alpha-hydroxy, bearberry, and licorice, this facial promises to target age spots, sun spots, and uneven skin tone, providing a new fresh face and undeniable glow.



Book

**Acne Facial**
50 minutes @ $82.00

This facial is for clients that have acne concerns and or need a lot of extractions. Dead Sea Clays, Sulfer, and Activated Charcoal are used in this unique facial that helps detoxify the skin. Your treatment will also be completed with our intense LED light therapy to target acne and kill it beneath the surface of the skin. Your service then completes with our signature high-frequency treatment.



Book

**Detox Facial**
50 minutes @ $82.00

Blackheads, whiteheads, and a bunch of other gunk! This facial helps stimulate a healthier environment for the skin by removing impurities, pollutants, and dead skin cells to revitalize the skin and support its health. The key ingredients that make this facial amazing include mineral-rich clay, activated charcoal, and botanical lipids that help remove excess oil from the face leaving it refined and revitalized.



Book

**Deep Hydration Facial**
50 minutes @ $82.00

Dry skin? Your solution is here! Packed with water-rich properties, our hydrating facial does an excellent job of restoring a healthy balance to your skin. Loaded with oatmeal and aloe, your skin is left glowing and full of moisture. Those experiencing dehydration, dryness, and irritation will benefit most from a hydrating facial, although it is suitable for anyone looking to get that radiant and supple look



Book

**Anti-Aging Facial**
50 minutes @ $82.00

Formulated to combat wrinkles, our special formula is powered with Retinol to target fine lines and improve elasticity. Our Alpha-hydroxy blend includes both Vitamins A and C, green tea extracts, and cucumber to give your skin the ultimate aging skin reversal. Finished with LED light treatment this facial provides complete age reversal.



Book

**Deluxe Facial + Microdermabrasion**
1 hour @ $90.00

Microdermabrasion is a procedure that removes dead and dry skin cells to accelerate cell turnover and give you "new skin". It is a non-chemical, non-invasive procedure. The



Book





**Deluxe Facial + Dermaplaning (skin scraping)**
1 hour @ $100.00

This service combines our Deluxe Facial with Dermaplaning (the scraping of the face with scalpel) Dermaplaning is a procedure that removes the top layers of your skin. The procedure provides deep exfoliation to remove dead skin cells helping your face achieve a new healthy and smoother tone.

Book



**Neck Treatment**
45 minutes @ $89.00

Our Neck Treatment specifically treats areas under the chin and neck that have been affected by ingrown hair, razor bumps, shaving, and/or discoloration. We remove the upper layers of damaged skin then use a vitamin based solution to encourage skin cell regeneration. Combined with powerful antioxidants, correcting peptides & plant-derived stem cells this procedure aggressively treats and heals the skin and restores it's natural state.

Book



**Hydrafacial**
50 minutes @ $125.00

A Hydrafacial is like combing 6 facials into one! It starts with a lymphatic drainage treatment, or detox to the face. Next, the machine cleanses and exfoliates which rids of dead skin cells. After exfoliation, the next step is to brighten the appearance of the skin which includes the application of gentle peel to loosen debris in blocked pores. Your face is then cleansed again, treated with antioxidants, and LED light. Great for treating oily, acne-prone skin, white/blackheads and light hyperpigmentation.

Book



**Oxygen Facial**
55 minutes @ $99.00

This treatment is designed to nourish, heal, and promote collagen turnover of the face. Oxygen is infused with vitamins, minerals, essential nutrients, and botanical extracts to help calm acne, reduce fine lines, hydrate skin, and even skin tone. Impurities from the epidermis (top layer of the skin) are removed, boosting oxygen content. It also removes the dead cells from the top layer, opens up clogged pores, and brings out your skins natural radiant glow. This service offers an "all-in-one" ski

Book



**Microneedling**
45 minutes @ $125.00

Microneedling is specifically used at our spa for the treatment of hyperpigmentation. It is also used in our spa for the treatment of fine lines, and aging skin. Our skincare therapist uses a wand that contains very fine needles to pass over the face triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure.

Book



**Microneedling + Express Facial**
50 minutes @ $150.00

This service combines an express facial + microneedling service. (For those who haven't had a facial recently or have facial congestion but also want a microneedling treatment)

Book



**Microneedling Deluxe Bundle**
1 hour @ $180.00



combination of these three amazing services is used when the skin is dull, has an accumulation of dead skin cells, congestion (black heads + white heads) and hasn't been treated professionally in a while (or ever).

---



**Post Microneedling Skin Renewal Treatment**
45 minutes @ $115.00

[Book]

Finished all of your microneedling sessions? The perfect follow-up facial is our very simple yet effective Skin Renewal Facial. This service helps to balance the skins PH back to normal and also blends your skin tone for a more even appearance. Enriched with Vitamins E & C, licorice, and bearberry, it creates a healthy environment for future skin health. A take home kit is also included for continued at home care. DO NOT SCHEDULE IF YOU HAVE NOT RECEIVED MICRONEEDLING TREATMENTS.

---

**Chemical Peel**
50 minutes @ $125.00

[Book]

Our facility recommends chemical peels for cystic acne and problematic skin, although occasionally we utilize its usage for hyperpigmentation. Using a blend of salicylic acid, lactic acid, resorcinol & retinol combined with powerful antioxidants, correcting peptides & plant-derived stem cells, we aggressively treat and heal the skin. Read extensively online regarding before and aftercare instructions before selecting this option. (our website under "what type of facial do I need")

---



**Body/Scar/Stretch Mark/Hyperpigmentaion Treatment 3 x 3 small area**
30 minutes @ $89.00

[Book]

This particular service is used for small BODY scars and hyperpigmentation ONLY. Our skincare therapist uses a wand to pass over scar tissue triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure. (cannot be performed over raised scars)

---



**Body/ Scar/Stretch Mark/Hyperpigmentation Treatment 6 x 6 Medium area**
50 minutes @ $149.00

[Book]

This particular service is used for small BODY scars and hyperpigmentation ONLY. Our skincare therapist uses a wand to pass over scar tissue triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure. (cannot be performed over raised scars)

---



**Body/ Scar/ Stretch Mark/ Hyperpigmentation Treatment 12 x 12 Large area**
1 hour @ $199.00

[Book]

This particular service is used for small BODY scars and hyperpigmentation ONLY. Our skincare therapist uses a wand to pass over scar tissue triggering new collagen synthesis, circulation, and cell growth. Discomfort is minimal but results are AMAZING! Tylenol is acceptable before the procedure. (cannot be performed over raised scars)

---

**Hidradenitis suppurativa (HS skin treatment)**
45 minutes @ $79.00

[Book]

This unique procedure offers a deep detoxification of the follicles to reduce the bodies inflammatory response in clients who have HS. Our process helps impede the severity of flare ups and the number of re-occurrences.

---



**Vajacial (Vag Facial)**
30 minutes @ $52.00

[Book]

The Vagi-Facial is the perfect addition to your waxing routine. We use a 7 step process to get your vag free of in-grown hairs, impurities, bacteria, and bumps. PLEASE NOTE THIS DOES NOT INCLUDE WAXING. THAT SERVICE MUST BE PURCHASED SEPARATELY.



**Brazilian Wax**
20 minutes @ $52.00

Book

Full Brazilian Wax. Our facility uses hard wax specifically made for sensitive skin. Please make sure you exfoliate for 3 days prior to your appointment and come freshly showered to have full effect. DO NOT SHAVE before your appointment. Waxing requires you to have hair at least 1/2" length (about 21 days worth of growth) to have full effect. DO NOT SHAVE before your appointment. Tylenol/Motrin before your appointment will help with discomfort.



**Brazilian Wax + Vajacial**
45 minutes @ $72.00

Book

We use a 7 step process that leaves your vag free of in-grown hairs, impurities, bacteria, & bumps. This package includes a Wax. We use hard wax specifically made for sensitive skin. Please make sure you exfoliate for 3 days prior to your appointment and come freshly showered. Waxing requires you to have hair of at least 1/2" length (about 21 days worth of growth) to have full effect. DO NOT SHAVE before your appointment. Tylenol/Motrin before your appointment will help with discomfor



**Brazilian Dark Spot Treatment**
40 minutes @ $89.00

Book

This procedure treats hyperpigmentation or "dark marks" along the top of vagina and bikini areas. This service is most common for those with ingrown hair scarring and other dark spots that appear in the intimate regions. YOU CANNOT WAX OR SHAVE FOR 3 DAYS BEFORE THIS PROCEDURE. Make sure you're freshly showered before the appointment and wear loose-fitting underwear. Please refrain from sex two days before and two days after treatment.



**Intimate Lightening (Vag + Anal)**
40 minutes @ $125.00

Book

This procedure treats surface discoloration, specifically "uneven skin tone" on the vagina and anal areas. YOU CANNOT WAX OR SHAVE FOR 3 DAYS BEFORE THIS PROCEDURE. Make sure you're freshly showered before the appointment and wear loose-fitting underwear. Please refrain from sex two days before and two days after treatment.




**Brozilian (Men's Brazilian Wax)**
30 minutes @ $55.00

Book

Waxing for your eggplant! What else can we say?! Waxing requires you to have hair of at least 1/2" length (about ten to fourteen day's worth of growth) to have full effect. DO NOT SHAVE before your appointment.

**Full Leg Wax**
45 minutes @ $79.00

Book

Full leg wax. Hair MUST be the length of a grain of rice. Do NOT shave for two weeks before your appointment.



**Yoni Steam (Brandon Location ONLY)**
45 minutes @ $50.00

Book

The ultimate women's cleansing experience! Our holistic provider will guide you as you experience our Yoni Steam Sauna that cleanses and heals. Our experience aims to restore you emotionally, mentally, physically, and spiritually. (Please do not schedule if you're pregnant or have an IUD)



**Yoni Steam for Two (Brandon Location ONLY)**
45 minutes @ $100.00

Book

The ultimate women's cleansing experience! Our holistic provider will guide you as you experience our Yoni Steam Sauna that cleanses and heals. Our experience aims to restore



you emotionally, mentally, physically, and spiritually. This package is for two ladies. (Please do not schedule if you're pregnant or have an IUD)

**Yoni Steam for Four (Brandon Location ONLY)**
45 minutes @ $200.00

Book



The ultimate women's cleansing experience! Our holistic provider will guide you as you experience our Yoni Steam Sauna that cleanses and heals. Our experience aims to restore you emotionally, mentally, physically, and spiritually. This package is for four ladies. (Please do not schedule if you're pregnant or have an IUD)

**Armpit Facial**
30 minutes @ $60.00

Book



Detox your underarms from toxins! Deodorant clogs your pores and causes bacteria that doesn't just wash away. Our unique process includes detox, exfoliation, and mask that not only purifies your pits, but it helps even out skin tone. (Waxing is not included in this service nor can be done 3 days before or 3 days after)

**Rear-end Derriere- Facial**
30 minutes @ $75.00

Book



Our facial for your bum has been designed for the woman that may need some TLC to her backside. It is perfect for those who have experienced "booty acne" or just want that extra backside glow. We use a special 5 step process to get your special area smooth, soft, plump, and dark spot free with as special bum massage included. (Please note the mask is an add-on service ONLY)

**Back Facial**
40 minutes @ $99.00

Book



Back facials are high in demand! So many of us cant reach our back to properly cleanse so dirt, bacteria, and acne form. That's where we come in! Our multi-step process exfoliates and removes impurities from beneath the skin's surface. Your back is left with a beautiful and restored glow.

**Back + Derriere Facial**
45 minutes @ $125.00

Book



This service combines both our Back and our Derriere Facial as a combo package (please note specialty mask is an add-on)

**Thigh Facial**
40 minutes @ $75.00

Book



Our facial for your upper thighs is AHHHMAZING!! Our thighs rub together everyday and everyday that friction leads to darker skin. Using natural products, we even skin tone with this special 7 step process. The results even after one treatment is amazing. It's important to wear loose-fitting shorts or pants to this appointment as you will leave with a heavier vitamin C serum on your skin. (If your thighs have moderate hyperpigmentation, please book a body treatment)

**Momma Bear Belly Facial**
40 minutes @ $70.00

Book

This treatment is for the belly of expectant mothers. It uses gentle exfoliation and a high concentration of barrier repair oils to maximize skin strength, moisturize and increase elasticity to prevent stretch marks, relieve dryness, discomfort, and itchiness. We also use distilled rose water, rose petals, and rose hip oil to create a custom moisture mask designed exclusively for your belly. Your belly is left hydrated, moisturized, and smooth.

The natural way.



**Lip Plump (Follow - up Treatment)**
40 minutes @ $120.00

[ Book ]

This service is ONLY for those that have received a previous lip plump in our facility and would like to increase volume. Your last appointment has to be less than 6 months ago or you will need to re-start treatment.

---

**Private Party Booking/VIP Service (non-refundable)**
2 hours @ $99.00

[ Book ]

This is the fee to book a private party OR if you're wanting a private appointment on a day we're closed/after hours. Call BEFORE selecting this option. Does NOT go toward your service fees.

---

**One on One Training Deposit (non-refundable)**
2 hours @ $99.00

[ Book ]

This is the deposit for any of our one on one trainings. Call BEFORE securing your class date and training options. This CANNOT be refunded or transferred to another day. Visit us online for training details at https://www.blushbeautycollection.com/new-page-1

---

**$499 WAX + VAJACIAL CLASS (NON-REFUNDABLE DEPOSIT)**
3 hours @ $99.00

[ Book ]

---

**30 Day Mentor Package (Non-Refundable NO EXCEPTIONS)**
2 hours @ $999.00

[ Book ]

Class starts March 20th! This four session / once a week / 30 minute call mentorship package directly working with Aicha helps clarify your professional goals and improve results by combining coaching, advising, networking and facilitating over 30 days. EVERYTHING IS VIRTUAL. Select this class to see a full description that follows.

---

Gift Certificates

**Gift Certificate**
$82.00

[ Add to Cart ]

Need a great gift idea for a friend, family member, or special someone? We've got a perfect idea! A deluxe facial! Upon checkout, you will be given a generated code, shown on the webpage and emailed to you to print out or write in a card! This purchase can also be used as a specialty service for a customized facial up to $75. Pretty cool they can tweak the service for whatever facial they want! Our gift certificates are non-refundable and expire 6 months after purchase.

10:55



**(eye-sha)** 👑
always_aicha · Instagram
76K followers · 104 posts
You've followed this Instagram account since 2019
You both follow rickie.burney.speaks and 31 others

**View Profile**

<span style="color:red">Exhibit Q</span>

YESTERDAY 10:06 PM

> Hey There! Let's chat when you get a moment. 8133693184 it's Terika Haynes.

 Message...

10:29



**Aicha Ayana**
Active 2m ago

 

# Exhibit R

JAN 15, 9:57 AM

Good morning ☀️

JAN 21, 6:32 PM

 Yes that's fine

JAN 21, 8:26 PM

You are available for 1 hour on Saturday 2/20?!

JAN 22, 7:25 AM

 Not that day, I'm sorry

JAN 22, 9:57 AM

Completely understandable. 😫 Much love from Beauties and The Brands 💗

WED 3:49 PM



**Audio Call**
Tap to call again

Hey 👋🏽

Please call 8133693184

Very important.

    Aa   



‹  **Aicha Ayana**

Exhibit S



Hi Terika.

I have actually been advised to not hold any conversation with you. Out of respect, I will say this- I have honored you and your event when I saw you posting a year after our 2018 initial event. I am really big about wanting to see everyone win so you having your event name similar to ours after our event did not bother me.

My attorney is working to gather all of our flyers from our beauty events as well as eventbrite links to reflect our event history and to provide our own cease and desist to you all. I'm sorry you were perhaps not aware of our previous events, however they've existed since 2017/2018.

I wish you blessings over your business and brand.




↓

Aa

**Done**                                                    **Edit**



**More**

9:52

Exhibit U

ALWAYS_AICHA
**Posts**



Liked by **lucythebraider__** and **1,426 others**

**always_aicha** When a winner talks, listen. The WomanUp Weekend was AMAZINGGGG 😍 ✨

View all 36 comments

**shop_divafit** Love this pic! 🖤 🖤

**iambosshe_styles** @insightfulspirit AAAWWWWW THANK YOU😘😘😘

March 18, 2018



**always_aicha**