**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
CASE NO.: 8:23-cv-00821

THE BEAUTIES AND THE BRANDS, LLC,

    Plaintiff,

v.

AICHA YODER, and
THE BLUSH BAR TAMPA, LLC,

    Defendants,

_____/

THE BLUSH BAR TAMPA, LLC,

    Counter-Plaintiff,

v.

THE BEAUTIES AND THE BRANDS, LLC,

    Counter-Defendant.

_____/

**NOTICE OF ACCEPTANCE**
**(DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF)**

Pursuant to Fed. R. Civ. P. 68(a), Defendants, Aicha Yoder and the Blush Bar Tampa, LLC (collectively, "**Defendants**"), hereby provide notice of Plaintiff, The Beauties And The Brands, LLC's ("**Plaintiff**") acceptance of Defendants' Offer of Judgment served by electroic mail on November 27, 2023.

**Intentionally Left Blank**

CASE NO.: 8:23-cv-00821

Respectfully submitted this 7th day of December, 2023.

        **COLE, SCOTT & KISSANE, P.A**.
        9150 South Dadeland Boulevard
        Suite 1400
        Miami, Florida 33256
        Telephone: (786) 268-6752
        Fax (305) 373-2294
        Primary Email: justin.maya@csklegal.com
        Secondary Email: ieshia.owens@csklegal.com

        s/ *Justin S. Maya*
        JUSTIN S. MAYA, ESQ.
        Florida Bar No.: 126087

        *Counsel for Defendants*

CASE NO.: 8:23-cv-00821

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all parties of record:

**COLE, SCOTT & KISSANE, P.A.**
*Counsel for Defendants*
9150 South Dadeland Boulevard
Suite 1400
Miami, Florida 33256
Telephone: (786) 268-6752
Fax (305) 373-2294
Email: justin.maya@csklegal.com

s/*Justin S. Maya*
JUSTIN S. MAYA, ESQ.
Florida Bar No.: 126087

## Service List

STOKES LAW GROUP, PLLC
Shaunette Stokes, Esquire
shaunette@stokeslegalcounsel.com
***Attorney for Plaintiff***

0188.0472-00/-1