**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO.: 8:23-cv-00821

THE BEAUTIES AND THE BRANDS, LLC,

Plaintiff,

v.

AICHA YODER, and
THE BLUSH BAR TAMPA, LLC,

Defendants.

_____/

**DEFENDANTS' OFFER OF JUDGEMENT TO PLAINTIFF**

Defendants, AICHA YODER, and THE BLUSH BAR TAMPA, LLC, (hereinafter collectively referred to as "Defendants") through undersigned counsel and pursuant to Federal Rule of Civil Procedure 68, and hereby serve this Offer of Judgment (the "Offer") upon Plaintiff, THE BEAUTIES AND THE BRANDS, LLC ("Plaintiff"), and in support, state as follows:

1. This Offer is served pursuant to Federal Rule of Civil Procedure 68.

2. Defendants are making this Offer to the Plaintiff.

3. This Offer resolves all damages that would otherwise be awarded in a final judgment against the Defendants and in favor of the

Plaintiff, in the action in which this Offer is served, case number 8:23-cv-00821, in the Middle District of Florida, Tampa Division.

4. This Offer is made in exchange for payment to the Plaintiff, by or on behalf of the Defendants, in the sum of TWENTY THOUSAND AND 0/100 DOLLARS **($20,000.00)**.

5. This Offer is not apportioned and is instead made jointly on behalf of both Defendants.

6. There are no other conditions or non-monetary terms to this Offer other than the following:

    a. Upon acceptance of this Offer, Defendants consent to judgment being entered against Defendants in the amount set forth in paragraph 4, above.

    b. This Offer is intended to fully satisfy all claims that are or could be brought by Plaintiff against Defendants in this action.

    c. This Offer is not to be construed as an admission of liability. The consent judgment shall contain a provision indicating that entry into the consent judgment is not to be construed as an admission of any liability by or on behalf of Defendants or that Plaintiff has suffered any damages but, instead, that

    the consent judgment is being taken in order to avoid further litigation.

   d. In settling this matter, no party shall be deemed a "prevailing party" or like term pursuant to any contract or agreement, sate or federal statute, or other statute, regulation or law.

7. There is presently no claim for punitive damages and, therefore, no portion of this Offer is made to settle any claim for punitive damages.

8. This Offer does not include a sum to settle attorneys' fees.

9. This Offer shall remain open for a period of fourteen (14) days from date of service or until withdrawn in writing, whichever occurs first.

10. This Offer shall be deemed rejected unless Plaintiff accepts this Offer by delivery of a written notice of acceptance within fourteen (14) days from the date of service hereof. No oral communications shall constitute acceptance, rejection, or counteroffer of this Offer.

11. This Offer may be withdrawn in writing provided the written withdrawal is delivered before a written acceptance is delivered. Once withdrawn, this Offer is void.

12. Failure of the Plaintiff to accept this Offer may result in appropriate sanctions being imposed upon the Plaintiff by the Court,

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

including costs, expenses, and reasonable attorneys' fees as provided for by Federal Rule of Civil Procedure 68.

**Dated this the 27th day of November 2023.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of November 2023, a true and correct copy of the foregoing has been furnished by electronic mail to Shaunette Stokes, Esq., shaunette@stokeslegalcounsel.com, 10150 Highland Manor Drive, Suite 200, Tampa, FL 33610, (813) 444-4156

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendants*
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard, Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6752
        Facsimile (305) 373-2294
        Primary e-mail:
        Justin.maya@csklegal.com

By:  s/ Justin S. Maya
      JUSTIN S. MAYA
      Florida Bar No.: 126087

0188.0472-00/-1