# EXHIBIT 'B'

| | |
|---|---|
| **From:** | Shaunette Stokes |
| **To:** | Justin S. Maya |
| **Cc:** | Horacio J. Ruiz-Lugo; Ieshia F. Owens; Nicholas M. Nash II; Shannon Ligon |
| **Subject:** | Re: SERVICE OF COURT DOCUMENT: 8:23-cv-00821: The Beauties and the Brands, LLC. v. Aicha Yoder and The Blush Bar Tampa, LLC. |
| **Date:** | Thursday, December 7, 2023 11:10:15 AM |

**[CAUTION: EXTERNAL EMAIL]**

Hi Justin,

I have spoken to my client and we will be accepting the offer as is. Thank you for your time.

Warmest Regards,

Shaunette Stokes, Esq.
Managing Partner
Stokes Law Group, PLLC
10150 Highland Manor Drive, Suite 200
Tampa, Florida 33610-9712
P: (813) 444-4156
F: (813) 702-1976
shaunette@stokeslegalcounsel.com

Please excuse minor errors and typos as this message was sent from a mobile device to avoid delay.

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute it. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

***PLEASE NOTE: EFFECTIVE SEPTEMBER 6, 2018 OUR ADDRESS HAS CHANGED TO 10150 Highland Manor Drive, Suite 200, Tampa, Florida 33610-9712 ***