UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:23-cv-00821

THE BEAUTIES AND THE BRANDS, LLC,

Plaintiff,

v.

AICHA YODER, and
THE BLUSH BAR TAMPA, LLC,

Defendants,


THE BLUSH BAR TAMPA, LLC,

Counter-Plaintiff,

v.

THE BEAUTIES AND
THE BRANDS, LLC,

Counter-Defendant.

_____/

**COUNTER-PLAINTIFF'S NOTICE OF APPEARANCE**

Horacio J. Ruiz-Lugo, Esq. of Cole, Scott & Kissane, P.A. hereby gives notice of his appearance on behalf of Counter-Plaintiff, THE BLUSH BAR TAMPA, LLC, and request that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

[CERITFICATE OF SERVICE TO FOLLOW]

CASE NO.: 8:23-cv-00821

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        **COLE, SCOTT & KISSANE, P.A.**
        *Counsel for Counter-Plaintiff*
        *THE BLUSH BAR TAMPA, LLC*
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard,
        Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6752
        Facsimile (305) 373-2294
        Primary e-mail: justin.maya@csklegal.com
        Secondary e-mail: nicholas.nashII@csklegal.com
        Secondary e-mail: horacio.ruiz-lugo@csklegal.com
        Alternate e-mail: ieshia.owens@csklegal.com

    By:  s/ Horacio Ruiz-Lugo
          JUSTIN S. MAYA
          Florida Bar No.: 126087
          NICHOLAS M. NASH, II
          Florida Bar No.: 1017063
          HORACIO J. RUIZ-LUGO
          Florida Bar No.: 1048967