UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE BEAUTIES AND THE BRANDS, LLC,

     Plaintiff,

v.                                               CASE NO. 8:23-cv-821-SDM-TGW

BLUSH BAR TAMPA, LLC,

     Defendant.

_____/

## ORDER

     The defendant moves (Doc. 70) to amend the pleading.  The motion is **GRANTED.  IN A SINGLE PAPER, THE DEFENDANT MUST FILE AN AMENDED PLEADING THAT CONTAINS THE DEFENDANT'S ANSWER AND ANY COUNTERCLAIM**.  No later than twenty-one days after the defendant files an amended pleading, the plaintiff may respond.  The motion (Doc. 72) for a default, the motion (Doc. 74) to dismiss the defendant's counterclaims, and the motion (Doc. 75) to extend the time within which the plaintiff may respond to the defendant's counterclaims are **DENIED AS MOOT**.

     ORDERED in Tampa, Florida, on December 29, 2023.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE