UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE BEAUTIES AND
THE BRANDS, LLC,

     Plaintiff,

v.                           CASE NO. 8:23-cv-821-SDM-TGW

BLUSH BAR TAMPA, LLC
and AICHA YODER,

     Defendants.

_____/

## **ORDER**

Each party files a notice (Docs. 71 and 89) accepting an offer of judgment and attaching the respective offer of judgment. But each offer of judgment fails to clearly delineate the terms of the prospective judgment and creates greater confusion than clarity. The parties' papers perhaps agree to a judgment comprising the following terms:

> To implement a settlement, judgment on the plaintiff's claims is entered for the plaintiffs and against the defendants jointly and severally for $20,000. Judgment on the defendants' counter-claim is entered for the defendants and against the plaintiff. Each party must bear its own costs and fees. In accord with the settlement, each judgment is entered without a finding of liability or an admission of liability.

Although the plaintiff's offer of judgment includes an agreement "to pay the Counter-Plaintiff's filing fees for bringing its counterclaim," the filing of a counter-claim (embedded in the answer) costs nothing. Also, the plaintiff "agrees" to "file a

Surrender of Registration for Cancellation before the United States Patent and Trademark Office," but the parties' papers fail to specify how a judgment might incorporate an event to the occurrence of which a party merely "agrees."

If the proposed paragraph, intended for inclusion in a judgment, fails to include the judgment to which each party consents, either party may file **NO LATER THAN JANUARY 24, 2024**, a paper proposing any necessary amendment and stating whether the other party consents. If no paper appears on the docket before the January 24, 2024 deadline, an order will direct the clerk to enter a judgment with the words proposed in this order.

ORDERED in Tampa, Florida, on January 18, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE